IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **PLANTRONICS, INC.** | § § § § | |
| Plaintiff, | | |
| vs. | § § § § § | CASE NO. 6:09 CV 24 |
| **ALIPH, INC. and ALIPHCOM, INC..** | § § § | |
| Defendants. | § | |

**ORDER**

The Court **GRANTS** Defendants' motion to transfer (Docket No. 15) as unopposed. *See* Docket No. 33 ("While Plantronics does not agree Aliph has shown 'good cause' as to why the above-captioned case should be transferred, Plantronics does not oppose the relief sought."). The Court accordingly **ORDERS** the case transferred to the Northern District of California.

**So ORDERED and SIGNED this 23rd day of March, 2009.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**