1  JAMES POOLEY, CA Bar No. 58041
   *JPooley@mofo.com*
2  SUSAN V. VAUGHAN, CA Bar No. 223576
   *SVaughan@mofo.com*
3  JONATHAN L. MCFARLAND, CA Bar No. 247601
   *JMcfarland@mofo.com*
4  MORRISON & FOERSTER LLP
   755 Page Mill Road
5  Palo Alto, California  94304-1018
   Telephone:  (650) 813-5600
6  Facsimile:  (650) 494-0792

7  DAVID SCHNAPF, CA Bar No. 100199
   *dschnapf@townsend.com*
8  ERIC P. JACOBS, CA Bar No. 88413
   *epjacobs@townsend.com*
9  TOWNSEND AND TOWNSEND AND CREW LLP
   Two Embarcadero Center, Eighth Floor
10 San Francisco, California  94111-3834
   Telephone:  (415) 576-0200
11 Facsimile:  (415) 576-0300

12 Attorneys for Defendants
   ALIPH, INC. and ALIPHCOM, INC.
13

14                    UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16                          SAN FRANCISCO DIVISION

17

18 PLANTRONICS, INC.,                    Case No. CV 09-01714 CRB

19             Plaintiff,                **NOTICE OF WITHDRAWAL OF**
                                         **COUNSEL AND [PROPOSED]**
20       v.                              **ORDER PURSUANT TO LOCAL**
                                         **RULE 11-5**
21 ALIPH, INC. and
   ALIPHCOM, INC.,
22
               Defendants.
23

24

25

26

27

28

NOTICE OF WITHDRAWAL OF COUNSEL AND [PROPOSED] ORDER
Case No. CV 09-01714 CRB
pa-1333333

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that Otis W. Carroll, Jr. and Collin Michael Maloney of Ireland Carroll & Kelley no longer represent Defendants in the above-captioned action and should be removed from the Court's and parties' service lists, as they are no longer involved in this matter. Messrs. Carroll and Maloney were retained as local counsel when the matter was filed in the Eastern District of Texas. Now that this action has been transferred to this District, Defendants request that Messrs. Carroll and Maloney be removed from the case docket and the Notice of Electronic Filing system as attorneys of record.

James Pooley, Susan V. Vaughan, and Jonathan L. McFarland of Morrison & Foerster LLP, and David Schnapf and Eric P. Jacobs of Townsend and Townsend and Crew LLP continue to serve as counsel of record for Defendants in this case.

I, Jonathan L. McFarland, am the ECF User whose ID and password are being used to file this Withdrawal of Counsel and [Proposed] Order Pursuant to Local Rule 11-5. In compliance with General Order 45, X.B., I hereby attest that Defendants and Otis W. Carroll, Jr. and Collin Michael Maloney have concurred in this filing.

Dated: May 15, 2009            MORRISON & FOERSTER LLP

                               By:   /s/ Jonathan L. McFarland
                                     JONATHAN L. MCFARLAND

                               Attorneys for Defendants
                               ALIPH, INC. and ALIPHCOM, INC.

**[PROPOSED] ORDER**

The withdrawal of counsel Otis W. Carroll, Jr. and Collin Michael Maloney is authorized by the Court and the Clerk of the Court is directed to make the appropriate change in the docket.

**IT IS SO ORDERED.**

May 21, 2009



HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE