IRELL & MANELLA LLP
Samuel K. Lu (SBN 171969)
slu@irell.com
Nathan Lowenstein (SBN 241067)
nlowenstein@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, CA  90067-4276
Telephone:   (310) 277-1010
Facsimile:    (310) 203-7199

Attorneys for Plaintiff
PLANTRONICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PLANTRONICS, INC.<br><br>    Plaintiff,<br><br>    v.<br><br>ALIPH, INC. and<br>ALIPHCOM, INC.,<br><br>    Defendants, | Case No. CV 09-01714 CRB<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL AND [PROPOSED] ORDER PURSUANT TO LOCAL RULE 11-5** |

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

NOTICE OF WITHDRAWAL OF COUNSEL AND
[PROPOSED] ORDER
 (Case No. CV 09-01714 CRB
2067477

| | |
|---|---|
| 1 | TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS |
| 2 | OF RECORD: |

Please take notice that Neil McNabnay, Timothy Kelly Brown, and Jordan Thomas Fowles of Fish & Richardson P.C., and James M. McCormack of Tomblin Carnes McCormack LLP, no longer represent Plantronics, Inc. ("Plantronics") in the above-captioned action and should be removed from the Court's and parties' service lists, as they are no longer involved in this matter. Samuel Lu and Nathan Lowenstein of Irell & Manella LLP, continue to serve as counsel of record for Plantronics in this case.

I, Nathan Lowenstein, am the ECF User whose ID and password are being used to file this Withdrawal of Counsel and [Proposed] Order Pursuant to Local Rule 11-5.  In compliance with General Order 45, X.B., I hereby attest that Plantronics and Messrs. McNabnay, Brown, Fowles, and McCormack have concurred in this filing.

Dated: May 29, 2009                                MORRISON & FOERSTER LLP


By:   */s/ Nathan Lowenstein*
        NATHAN LOWENSTEIN

Attorney for Plaintiff
PLANTRONICS, INC.

# [~~PROPOSED~~] ORDER

The withdrawal of counsel Neil J. McNabnay, Timothy Kelly Brown, Jordan Thomas Fowles, and James M. McCormack is authorized by the Court and the Clerk of the Court is directed to make the appropriate changes in the docket.

**IT IS SO ORDERED.**

sIGNED: June 2, 2009

HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*