I RELL & M ANELLA LLP
A REGISTERED LIMITED LIABILITY LAW PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

840 NEWPORT CENTER DRIVE, SUITE 400
NEWPORT BEACH, CA 92660-6324
TELEPHONE (949) 760-0991
FACSIMILE (949) 760-5200

1800 AVENUE OF THE STARS, SUITE 900
LOS ANGELES, CALIFORNIA 90067-4276

TELEPHONE (310) 277-1010
FACSIMILE (310) 203-7199
WEBSITE: www.irell.com

WRITER'S DIRECT
TELEPHONE (310) 203-7948
slu@irell.com

September 17, 2009

**VIA ELECTRONIC FILING**

Hon. Charles R. Breyer
U.S. District Court for the
Northern District of California
U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA  94102

      Re:   *Plantronics, Inc. v. Aliph, Inc. and AliphCom, Inc.*,
              Case No. 3:09-CV-01714 (CRB)

Dear Judge Breyer:

      At the case management conference on September 4, 2009, the parties agreed to explore consenting to adjudication of this case by either Magistrate Judge Seeborg or Magistrate Judge Chen.  The parties have had three conversations regarding this possibility, and although the parties could not reach agreement on proceeding before either Judge Seeborg or Judge Chen, they have made substantial progress toward an agreement that would allow the case to proceed before a magistrate judge.  In particular. the parties have agreed upon a procedure that they believe will enable them to select and consent to a mutually agreeable magistrate judge.

      In order to implement this procedure, the parties seek a one-week continuance of the case management conference currently scheduled for September 18, 2009.  The parties are optimistic that they will be able to agree upon a magistrate judge by September 25, 2009.

Very truly yours,

/s/ Samuel K. Lu
Samuel K. Lu
Counsel for Plantronics, Inc.

/s/ Susan V. Vaughan
Susan V. Vaughan
Counsel for Aliph, Inc. and AliphCom, Inc.

SKL:pp

2126357

**Signature Attestation**

Pursuant to General Order No. 45, Section X(B) regarding signatories, I attest that concurrence in the filing of this document has been obtained by each of the signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 17th day of September, 2009, at Los Angeles.

/s/ Brian D. Krechman
Brian D. Krechman