| | |
|---|---|
| SAMUEL K. LU (SBN 171969)<br>NATHAN N. LOWENSTEIN (SBN 241067)<br>BRIAN D. KRECHMAN (SBN 254418)<br>IRELL & MANELLA LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, California 90067-4276<br>Telephone: (310) 277-1010<br>Facsimile: (310) 203-7199<br>E-mail: slu@irell.com<br>E-mail: nlowenstein@irell.com<br>E-mail: bkrechman@irell.com<br><br>Attorneys for Plaintiff<br>PLANTRONICS, INC. | JAMES POOLEY (SBN 58041)<br>MICHAEL A. JACOBS (SBN 111664)<br>SUSAN V. VAUGHAN (SBN 223576)<br>JONATHAN L. MCFARLAND (SBN 247601)<br>CHRISTOPHER L. ROBINSON (SBN 260778)<br>MORRISON & FOERSTER LLP<br>755 Page Mill Road<br>Palo Alto, California 94304-1018<br>Telephone: (650) 813-5600<br>Facsimile: (650) 494-0792<br>E-mail: jpooley@mofo.com<br>E-mail: mjacobs@mofo.com<br>E-mail: svaughan@mofo.com<br>E-mail: jmcfarland@mofo.com<br>E-mail: christopherrobinson@mofo.com<br><br>DAVID SCHNAPF (SBN 100199)<br>TOWNSEND & TOWNSEND & CREW LLP<br>Two Embarcadero Center, 8th Floor<br>San Francisco, California 94111-3834<br>Telephone: (415) 576-0200<br>Facsimile: (415) 576-0300<br>E-mail: dschnapf@townsend.com<br><br>Attorneys for Defendants<br>ALIPH, INC. and ALIPHCOM, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PLANTRONICS, INC.<br><br>Plaintiff<br><br>v.<br><br>ALIPH, INC. and ALIPHCOM, INC.,<br><br>Defendants. | Case No. C 09-01714 BZ<br><br>**SECOND AMENDED JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER** |

SECOND AMENDED JOINT CMC
STATEMENT - C 09-01714 BZ
pa-1371452

1  Whereas on November 9, 2009, Defendants Aliph, Inc. and Aliphcom (collectively
2  "Aliph") filed in the United States Patent and Trademark Office an ex parte application for
3  reexamination of  United States Patent and Trademark Office of United States Patent No.
4  5,712,453,

5  Whereas on November 11, 2009, Aliph filed a Motion to Stay the subject action pending
6  outcome of the reexamination request and any reexamination proceedings (collectively, "the
7  reexamination") (Docket No. 77),

8  Whereas on November 19, Plaintiff Plantronics, Inc., filed a Statement of Non-Opposition
9  in regard to Aliph's Motion to Stay (Docket No. 79),

10  Whereas the parties agree and stipulate that discovery in the subject action should be
11  stayed pending outcome of the reexamination, and

12  Whereas the parties agree that all pending dates in the Court's Case Management Order
13  should be stayed pending outcome of the reexamination,

14  Therefore the parties stipulate to and jointly file the following proposed amendment to the
15  Case Management Statement, with accompanying Proposed Order:

| | |
|---|---|
| Patent L.R. 3-1 Preliminary Infringement Contentions and Patent L.R. 3-2 Document Production | September 14, 2009 |
| Patent L.R. 3-3 Preliminary Invalidity Contentions and Patent L.R. 3-4 Document Production | November 2, 2009 |
| Patent L.R. 4-1 Exchange of Proposed Terms | Stayed pending outcome of reexamination |
| Patent L.R. 4-2 Exchange of Preliminary Claim Constructions | Stayed pending outcome of reexamination |
| Patent L.R. 4-3 Joint Claim Construction and Prehearing Statement | Stayed pending outcome of reexamination |
| Patent L.R. 4-4 Close of Claim Construction Discovery | Stayed pending outcome of reexamination |
| Patent L.R. 4-5(a) Opening Claim Construction Brief | Stayed pending outcome of reexamination |

SECOND AMENDED JOINT CMC
STATEMENT - C 09-01714 BZ           - 1 -
pa-1371452

| | |
|---|---|
| Patent L.R. 4-5(b) Responsive Claim Construction Brief | Stayed pending outcome of reexamination |
| Patent L.R. 4-5(c) Reply Claim Construction Brief | Stayed pending outcome of reexamination |
| Claim Construction Hearing | Stayed pending outcome of reexamination |
| Last Day to Amend Pleadings (except for amending Answer to add inequitable conduct defense) | Stayed pending outcome of reexamination |
| Patent L.R. 3-7 Advice of Counsel Production | Stayed pending outcome of reexamination |
| Last Day for Aliph to Amend Answer to Include Inequitable Conduct Defense | Stayed pending outcome of reexamination |
| Fact Discovery Cut-off | Stayed pending outcome of reexamination |
| Disclosure of Identity of Experts | Stayed pending outcome of reexamination |
| Written Expert Reports Due | Stayed pending outcome of reexamination |
| Rebuttal Expert Reports Due | Stayed pending outcome of reexamination |
| Expert Discovery Cut-off | Stayed pending outcome of reexamination |
| Status Conference to Discuss Dispositive Motions | Stayed pending outcome of reexamination |
| Deadline for Filing Dispositive Motions | Stayed pending outcome of reexamination |
| Pretrial Conference | Stayed pending outcome of reexamination |
| TRIAL | Stayed pending outcome of reexamination |

The parties respectfully request the Court order this proposed amendment to the Case Management Statement.

| | | |
|---|---|---|
| Dated: November 19, 2009 | | IRELL & MANELLA LLP |

By:   /s/ Samuel K. Lu
    SAMUEL K. LU
    Attorneys for Plaintiff
    PLANTRONICS, INC.

Dated: November 19, 2009    MORRISON & FOERSTER LLP
    TOWNSEND & TOWNSEND & CREW LLP

By:   /s/ Susan V. Vaughan
    SUSAN V. VAUGHAN
    Attorneys for Defendants
    ALIPH, INC. and ALIPHCOM, INC.

## ~~[PROPOSED]~~ CASE MANAGEMENT ORDER

The Amended Case Management Statement and Proposed Order is hereby adopted by the Court as the Case Management Order for the case. The parties shall comply with this Order.

IT IS SO ORDERED. **Plantronics shall promptly inform the Court of the PTO's decision.**

Dated:  November 20 , 2009

_____
Hon. Bernard Zimmerman
United States Magistrate Judge

## ATTESTATION OF CONCURRENCE

Pursuant to General Order No. 45, Section X(B), I, Susan V. Vaughan, attest that concurrence in the filing of this document has been obtained from each of the other signatories in lieu of their signature(s) on the document.

By:   /s/ Susan V. Vaughan
    SUSAN V. VAUGHAN

**CERTIFICATION OF SERVICE**

I hereby certify that on November 19, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on file with the Clerk of Court.

By: __/s/ Susan V. Vaughan_____
SUSAN V. VAUGHAN