QUINN EMANUEL URQUHART & SULLIVAN, LLP
Robert P. Feldman (State Bar No. 69602)
Gabriel S. Gross (State Bar No. 254672)
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
bobfeldman@quinnemanuel.com
gabegross@quinnemanuel.com

Attorneys for Defendants
Aliph, Inc. and AliphCom, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PLANTRONICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALIPH, INC. and ALIPHCOM, INC. <br><br> Defendants. | Case No. C 09-01714 BZ <br><br> WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANTS ALIPH, INC. AND ALIPHCOM, INC. AND [PROPOSED] ORDER APPROVING SUBSTITUTION OF COUNSEL |

PLEASE TAKE NOTICE that effective immediately, Defendants Aliph, Inc. and AliphCom, Inc. hereby substitute Robert P. Feldman and Gabriel S. Gross of Quinn Emanuel Urquhart & Sullivan LLP, 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California, 94065-2139, (650) 801-5000, as their attorneys of record in this action, in lieu and in place of Michael A. Jacobs, Eric S. Walters, Erika L. Yawger, and Christopher L. Robinson of Morrison & Foerster LLP. Please direct all notices, orders and service to the attention of Robert P. Feldman and Gabriel S. Gross of Quinn Emanuel Urquhart & Sullivan LLP.

| | |
|---|---|
| 1 | We consent to the above substitution. |
| 2 | DATED: January 18, 2011    MORRISON & FOERSTER LLP |
| 3 | By:  /s/ Eric S. Walters |
| 4 | Michael A. Jacobs<br>Eric S. Walters |
| 5 | Erika L. Yawger<br>Christopher L. Robinson |
| 6 | Attorneys for Defendants |
| 7 | Aliph, Inc. and AliphCom, Inc. |

1  We consent to the above substitution.

2  DATED: January 18, 2011    MORRISON & FOERSTER LLP

3      By:  /s/ Eric S. Walters
          Michael A. Jacobs
4         Eric S. Walters
          Erika L. Yawger
5         Christopher L. Robinson

6         Attorneys for Defendants
          Aliph, Inc. and AliphCom, Inc.
7

8  We accept the above substitution.

9  DATED: January 18, 2011    QUINN EMANUEL URQUHART & SULLIVAN LLP

10     By:  /s/ Robert P. Feldman
          Robert P. Feldman
11        Gabriel S. Gross

12        Attorneys for Defendants
          Aliph, Inc. and AliphCom, Inc.
13
   DATED: January 18, 2011    ALIPH, INC. and ALIPHCOM, INC.
14
       By:  /s/ Susan V. Vaughan
15         Susan V. Vaughan

16         Senior Director – Legal Services for
           Defendants Aliph, Inc. and AliphCom, Inc.
17

18                              **ORDER**
19
   Good cause appearing, it is SO ORDERED.
20
21 DATED: 21/Jan/'11
                                Hon. Bernard Zimmerman
22                              United States Magistrate Judge

23

24

25

26  I, Gabriel S. Gross, am the ECF User whose ID and password are being used to file this

27  document. In compliance with General Order 45, X.B., I attest that the other signatories have

28  concurred in this filing.