| | |
|---|---|
| SAMUEL K. LU (SBN 171969) | ROBERT P. FELDMAN (SBN 69602) |
| NATHAN LOWENSTEIN (SBN 241067) | GABRIEL S. GROSS (SBN 254672) |
| JONATHAN L. SEGAL (SBN 264238) | QUINN EMANUEL URQUHART & |
| IRELL & MANELLA LLP | SULLIVAN, LLP |
| 1800 Avenue of the Stars, Suite 900 | 555 Twin Dolphin Dr., |
| Los Angeles, California 90067-4276 | 5th Floor |
| Telephone: (310) 277-1010 | Redwood Shores, CA 94065 |
| Facsimile: (310) 203-7199 | Telephone (650) 801-5078 |
| E-mail: slu@irell.com | Facsimile: (650) 801-5100 |
| E-mail: nlowenstein@irell.com | E-mail: bobfeldman@quinnemanuel.com |
| E-mail: jsegal@irell.com | E-mail: gabegross@quinnemanuel.com |

Attorneys for Plaintiff
PLANTRONICS, INC.

Attorneys for Defendants
ALIPH, INC. and ALIPHCOM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PLANTRONICS, INC., | Case No. C 09-01714 BZ |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER LIFTING STAY** |
| v. | |
| ALIPH, INC. and ALIPHCOM, INC., | |
| Defendants. | |

Plaintiff Plantronics, Inc. ("Plantronics"), by and through its undersigned counsel, and Defendants Aliph, Inc. and AliphCom, Inc. (collectively, "Aliph"), by and through their undersigned counsel, submit the following stipulation and proposed order:

WHEREAS, in the above-captioned case, Plantronics has sued Aliph for infringement of United States Patent No. 5,712,453 (the "'453 Patent");

WHEREAS, on November 9, 2009, Aliph filed in the United States Patent and Trademark Office ("PTO") an ex parte application for reexamination of the '453 patent;

WHEREAS, on November 20, 2009, the Court entered a stipulated order staying discovery and all pending dates in the Court's Case Management Order pending the outcome of the reexamination;

WHEREAS, on November 18, 2010, the PTO issued a Notice of Intent to Issue Ex Parte Reexamination Certificate confirming claims 1, 7, 10, and 11 of the '453 Patent (claims 2-6, 8, 9, and 12-15 were not subject to reexamination) and finding newly presented claims 16-56 patentable;

ACCORDINGLY, the parties agree the stay imposed by the Court's November 20, 2009 Order shall be lifted, and that the parties will confer and submit to the Court a modified procedural schedule by Friday, January 28, 2011.

IT IS SO STIPULATED.

Dated: January 21, 2011                IRELL & MANELLA LLP


                                       By: /s/ Nathan Lowenstein
                                           Nathan Lowenstein
                                           Attorneys for Plaintiff
                                           PLANTRONICS, INC.

STIPULATION AND [PROPOSED] ORDER
LIFTING STAY C 09-01714 BZ

2355442                    - 1 -

| | | |
|---|---|---|
| 1 | Dated: January 21, 2011 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | | |
| 3 | | |
| 4 | | By: /s/ Gabriel Gross<br>Gabriel Gross<br>Attorneys for Defendants |
| 5 | | ALIPH, INC. and ALIPHCOM, INC. |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January 24, 2011

THE HON. BERNARD ZIMMERMAN
United States Magistrate Judge

Filer's Attestation:

I, Nathan Lowenstein, am the ECF user whose identification and password are being used to file this **STIPULATION AND [PROPOSED] ORDER LIFTING STAY**. In compliance with General Order 45.X.B, I hereby attest that Gabriel S. Gross concurs in this filing.

By: /s/ Nathan Lowenstein
NATHAN LOWENSTEIN

## CERTIFICATION OF SERVICE

I hereby certify that on January 21, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on file with the Clerk of Court.

By: /s/ Nathan Lowenstein
NATHAN LOWENSTEIN