SAMUEL K. LU (SBN 171969)
NATHAN LOWENSTEIN (SBN 241067)
KIMBERLY ROURA (SBN 261158)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile:  (310) 203-7199
E-mail: slu@irell.com
E-mail: nlowenstein@irell.com
E-mail: kroura@irell.com

Attorneys for Plaintiff
PLANTRONICS, INC.


ROBERT P. FELDMAN (SBN 69602)
GABRIEL S. GROSS (SBN 254672)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
555 Twin Dolphin Dr.,
5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5078
Facsimile:  (650) 801-5100
E-mail: bobfeldman@quinnemanuel.com
E-mail: gabegross@quinnemanuel.com

Attorneys for Defendants ALIPH, INC.
and ALIPHCOM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PLANTRONICS, INC., | Case No. C 09-01714 BZ |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER SETTING CASE SCHEDULE |
| ALIPH, INC. and ALIPHCOM, INC., | |
| Defendants. | |

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and Civil Local Rule 16-9, and in accordance with the Court's January 31, 2011, Order Setting Trial Schedule (D.N. 89), Plaintiff Plantronics, Inc. ("Plantronics") and Defendants Aliph, Inc. and AliphCom, Inc. (collectively, "Aliph"), by and through their counsel, hereby submit the following stipulation and proposed order.

WHEREAS, the Court has ordered the parties to stipulate to a proposed schedule based on certain assumptions (D.N. 89); and

WHEREAS, the parties have met and conferred and reached agreement on a case schedule for remaining events and deadlines that is consistent with the Court's direction;

ACCORDINGLY, the parties agree that the schedule below reflects their agreement and comports with the Court's order to stipulate to a proposed schedule:

| Case Event | Deadline |
| --- | --- |
| Patent L.R. 4-2 Exchange of Preliminary Claim Constructions | May 19, 2011 |
| Patent L.R. 4-3 Joint Claim Construction and Prehearing Statement | June 10, 2011 |
| Patent L.R. 4-4 Close of Claim Construction Discovery | July 1, 2011 |
| Patent L.R. 4-5(a) Opening Claim Construction Brief | July 11, 2011 |
| Patent L.R. 4-5(b) Responsive Claim Construction Brief | July 25, 2011 |
| Patent L.R. 4-5(c) Reply Claim Construction Brief | August 1, 2011 |
| Patent L.R. 4-6 Markman Hearing | September 7, 2011 |
| Last Day to Amend Pleadings (except for amending Answer to add inequitable conduct defense) | Two weeks after the Court issues its claim construction order |
| Patent L.R. 3-7 Advice of Counsel Production | Not later than 50 days after service by the Court of its Claim Construction Ruling |
| Settlement Conference | Not later than 60 days after service by the Court of its Claim Construction Ruling |

| Case Event | Deadline |
|---|---|
| Last Day to Amend Answer to Include Inequitable Conduct Defense | November 11, 2011 |
| Fact Discovery Cut-off | November 23, 2011 |
| Disclosure of Identity of Experts | December 2, 2011 |
| Written Expert Reports Due | December 9, 2011 |
| Rebuttal Expert Reports Due | January 11, 2012 |
| Expert Discovery Cut-off | February 3, 2012 |
| Deadline For Filing Dispositive Motions | February 15, 2012 |
| Pre-Trial Conference | May 2, 2012 |
| Trial | May 21, 2012 |

IT IS SO STIPULATED.

Dated: May 6, 2011               IRELL & MANELLA LLP


                                 By: /s/Nathan Lowenstein
                                     Nathan Lowenstein
                                     Attorneys for Plaintiff
                                     PLANTRONICS, INC.


Dated: May 6, 2011               QUINN EMANUEL URQUHART & SULLIVAN, LLP


                                 By: /s/Gabriel S. Gross
                                     Gabriel S. Gross
                                     Attorneys for Defendants
                                     ALIPH, INC. and ALIPHCOM, INC.

I, Gabriel S. Gross, am the ECF User whose identification and password are being used to file this document. Pursuant to General Order 45.X.B, I hereby attest that counsel for Plaintiff has concurred in this filing.

**ORDER**

The Case Management Statement and Proposed Order is hereby adopted by the Court as the Case Management Order for the case. The Court adopts the following schedule:

| Case Event | Deadline |
|---|---|
| Patent L.R. 4-2 Exchange of Preliminary Claim Constructions | May 19, 2011 |
| Patent L.R. 4-3 Joint Claim Construction and Prehearing Statement | June 10, 2011 |
| Patent L.R. 4-4 Close of Claim Construction Discovery | July 1, 2011 |
| Patent L.R. 4-5(a) Opening Claim Construction Brief | July 11, 2011 |
| Patent L.R. 4-5(b) Responsive Claim Construction Brief | July 25, 2011 |
| Patent L.R. 4-5(c) Reply Claim Construction Brief | August 1, 2011 |
| Patent L.R. 4-6 Markman Hearing | September 7, 2011 |
| Last Day to Amend Pleadings (except for amending Answer to add inequitable conduct defense) | Two weeks after the Court issues its claim construction order |
| Patent L.R. 3-7 Advice of Counsel Production | Not later than 50 days after service by the Court of its Claim Construction Ruling |
| Settlement Conference | Not later than 60 days after service by the Court of its Claim Construction Ruling |
| Last Day to Amend Answer to Include Inequitable Conduct Defense | November 11, 2011 |
| Fact Discovery Cut-off | November 23, 2011 |
| Disclosure of Identity of Experts | December 2, 2011 |
| Written Expert Reports Due | December 9, 2011 |
| Rebuttal Expert Reports Due | January 11, 2012 |
| Expert Discovery Cut-off | February 3, 2012 |
| Deadline For Filing Dispositive Motions | February 15, 2012 |
| Pre-Trial Conference | May 2, 2012 |

| Case Event | Deadline |
|---|---|
| Trial | May 21, 2012 |

Dated: May 13, 2011

_____
THE HON. BERNARD ZIMMERMAN
United States Magistrate Judge

**A Status Conference to discuss the claims construction is scheduled for <u>May 24, 2011 at 4:00 p.m.</u>, in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.**