IRELL & MANELLA LLP
Samuel K. Lu (171969)
slu@irell.com
Nathan Lowenstein (241067)
nlowenstein@irell.com
Kimberly Roura (261158)
kroura@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Plaintiff
PLANTRONICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| PLANTRONICS, INC., | ) | Case No. C 09-01714 BZ |
|---|---|---|
| Plaintiff, | ) ) | **NOTICE OF WITHDRAWAL OF COUNSEL AND [PROPOSED] ORDER PURSUANT TO LOCAL RULE 11-5** |
| vs. | ) ) | |
| ALIPH, INC. and ALIPHCOM, INC., | ) ) | |
| Defendants. | ) ) | |

1  TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS
2  OF RECORD:
3      Please take notice that Samuel K. Lu, Nathan Lowenstein, Kimberly Roura, and Irell &
4  Manella LLP hereby move, pursuant to Civil Local Rule 11-5(a), for leave to withdraw from their
5  representation of plaintiff Plantronics, Inc. ("Plantronics") in this matter, and that all further
6  notices, pleadings, calendars, and communications concerning this matter be directed to the
7  attention of the following substituting counsel:

    David C. Bohrer (212397) (dbohrer@confluencelaw.com)
    Confluence Law Partners, LLP
    60 South Market Street, Suite 1400
    San Jose, CA 95113
    Telephone: (408) 938-3882
    Facsimile: (408) 971-4332

    Bruce G. Chapman (164258) (bchapman@cblh.com)
    Keith D. Fraser (216279) (kfraser@cblh.com)
    Connolly Bove Lodge & Hutz LLP
    333 S. Grand Avenue, Suite 2300
    Los Angeles, California 90071-1504
    Telephone: (213) 787-2500
    Facsimile: (213) 687-0498

16     The undersigned has consulted Plantronics and Plantronics' substituting counsel, all of
17 whom consent to this withdrawal.

Dated: May 23, 2011            IRELL & MANELLA LLP
                                      Samuel K. Lu
                                      Nathan Lowenstein
                                      Kimberly Roura

                              By:  */s/ Nathan Lowenstein*
                                    Nathan Lowenstein
                                    Attorneys for Plaintiff
                                    Plantronics, Inc.

## [PROPOSED] ORDER

The withdrawal of counsel of Samuel K. Lu, Nathan Lowenstein, Kimberly Roura, and Irell & Manella LLP is authorized by the Court, and the Clerk of the Court is directed to make the appropriate changes in the docket.

**IT IS SO ORDERED.**

DATED: 24 May 2011

THE HON. BERNARD ZIMMERMAN
United States Magistrate Judge