| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>  Robert P. Feldman (Bar No. 69602)<br>  bobfeldman@quinnemanuel.com<br>  Gabriel S. Gross (Bar No. 254672)<br>  gabegross@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065-2139<br>Telephone:   (650) 801-5000<br>Facsimile:   (650) 801-5100<br><br>Attorneys for Defendants Aliph, Inc. and Aliphcom, Inc. | CONFLUENCE LAW PARTNERS<br>  David C. Bohrer (Bar No. 212397)<br>  dbohrer@confluencelaw.com<br>60 South Market Street, Suite 1400<br>San Jose, California 95113-2396<br>Telephone:   (408) 938-3882<br>Facsimile:   (408) 971-4332<br><br>CONNOLLY BOVE LODGE & HUTZ LLP<br>  Bruce G. Chapman (Bar No. 164258)<br>  bchapman@cblh.com<br>  Keith D. Fraser (Bar No. 216279)<br>  kfraser@cblh.com<br>333 S. Grand Avenue, Suite 2300<br>Los Angeles, California 90071<br>Telephone:   (213) 787-2500<br>Facsimile:   (213) 687-0498<br><br>Attorneys for Plaintiff Plantronics, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PLANTRONICS, INC.,<br><br>       Plaintiff,<br><br>vs.<br><br>ALIPH, INC. and ALIPHCOM, INC.,<br><br>       Defendants. | CASE NO. 3:09-cv-01714-BZ<br><br>STIPULATION AND [PROPOSED] ORDER RESOLVING PLANTRONICS' MOTIONS TO ENLARGE TIME (D.N. 112) AND MOTION TO EXCLUDE EXPERT TESTIMONY OF CHRISTOPHER STRUCK (D.N. 119) |

04009.51806/4274549.2

Case No. 3:09-CV-01714-BZ
STIPULATION AND [PROPOSED] ORDER

## STIPULATION AND [PROPOSED] ORDER

WHEREAS, Plantronics, Inc. filed a motion to enlarge time and a motion to exclude the testimony of Christopher J. Struck, which motions Aliph, Inc. and Aliphcom, Inc. (collectively, "Aliph") oppose (D.N. 112, 117, 119);

WHEREAS, after the parties received the clerk's notice scheduling a telephonic conference (D.N. 122), they continued to meet and confer to explore potential resolutions to their dispute;

WHEREAS the parties have arrived at a resolution that will not affect the timing of the Claim Construction Hearing, scheduled for September 9, 2011;

NOW THEREFORE, the parties have stipulated to the following:

1. Aliph shall make Christopher J. Struck available for deposition by Plantronics on August 5, 2011. No later than 48 hours before the deposition, Aliph shall produce documents, if any, pursuant to the parties' agreement as memorialized by email on July 29, 2011.

2. The deadline for Plantronics' Reply Claim Construction Brief shall be extended to August 10, 2011.

3. Plantronics may, with its reply brief, submit excerpts of the transcript of the deposition of Mr. Struck.

4. As permitted by Federal Rule of Evidence 106, Aliph may counter-designate additional testimony from the deposition if it deems fairness so requires by August 15, 2011.

5. Other than as expressly stated herein, no other change to the parties' right to submit evidence or argument in connection with claim construction proceedings is authorized by this Stipulation and Order.

6. This stipulation resolves Plantronics' two pending motions, which are hereby withdrawn.

7. No other deadlines shall be affected by this Stipulation and Order.

8. All parties shall bear their own costs and fees.

IT IS SO STIPULATED.

DATED: July 29, 2011                QUINN EMANUEL URQUHART & SULLIVAN, LLP


                                    By /s/Gabriel S. Gross
                                       Gabriel S. Gross
                                       Attorneys for Defendants
                                       ALIPH, INC., and ALIPHCOM, INC.

DATED: July 29, 2011                CONFLUENCE LAW PARTNERS


                                    By /s/David C. Bohrer
                                       David C. Bohrer
                                       Attorneys for Plaintiff
                                       PLANTRONICS, INC.


**PURSUANT TO STIPULATION, IT IS SO ORDERED,** ~~except that~~

DATED: July 29, 2011

                                    _____
                                    Hon. Bernard Zimmerman
                                    United States Magistrate Judge