UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PLANTRONICS, INC., | ) | |
| Plaintiff(s), | ) | No. C09-1714 BZ |
| v. | ) | |
| | ) | **ORDER RE CLAIMS** |
| ALIPH, INC., et al., | ) | **CONSTRUCTION HEARING** |
| Defendant(s). | ) | |

In preparation for the upcoming claims construction hearing, the Court advises the parties as follows:

1. The Court does not need a tutorial.

2. The Court has set aside **2 hours** for the hearing.

3. The Court intends to issue a tentative ruling, hopefully at least **one day** before the hearing.

4. If either party has a multi-dimensional model of the inner ear, it would be helpful to bring that to court so that the Court can better visualize certain of the disputed issues.

Dated: September 15, 2011

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\PLANTRONICS V. ALIPH\ORDER RE CLAIMS CONSTRUCTION HRG.wpd

1