UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PLANTRONICS, INC.,

        Plaintiff(s),

    v.

ALIPH, INC., et al.,

        Defendant(s).

No. C09-1714 BZ

**TENTATIVE CLAIM CONSTRUCTION**

| CLAIM | TERM OR PHRASE | CONSTRUCTION |
|---|---|---|
| 1, 10 | "dimensioned to cover a portion of the receiver" | plain meaning |
| 1, 11, 21, 30 | "stabilizer support" | an elongated structure that extends from the ear cushion to the concha stabilizer pad and stabilizes the headset |
| 1 | "dimensioned to fit within an upper concha" | plain meaning |

1

| | | |
|---|---|---|
| 1, 11, 21, 30 | "concha stabilizer pad" | a soft structure that [protects or contacts] the upper concha |
| 10 | "the receiver having a tragus contact point, and an anti-tragus contact point disposed substantially opposite to the tragus contact point" | the receiver having two points, substantially opposite to one another, that directly touch the tragus and the antitragus |
| 10, 11, 18, 25, 26, 29, 31-56 | "concha stabilizer" | a stabilizing structure, which extends between the ear cushion and the upper concha |
| 10 | "dimensioned to contact an upper concha between an antihelix and a crux of a helix" | plain meaning |
| 25, 29, 35, 36, 39, 40, 47, 49, 53, 55 | "toroid shaped" (25)/ "torus shaped" (35, 36, 39, 40, 47, 49, 53)/ "torus shape" (55)/ "substantially toroid shaped" (39, 49) / "substantially torus shaped" (25) / "substantially torus shape" (55) / "comprises a toroid" (29) | "torus" or "toroid," as used in these phrases, means a doughnut-shaped body or surface generated by a circle rotated about an axis |
| 26 | "adapted to self-adjust to a proper position" | plain meaning |
| 35, 36, 47, 53 | "at least a portion of the concha stabilizer is torus shaped" (35) / "the portion of the concha stabilizer which is torus shaped" (36) / "a torus shaped portion" (47) / "at least a portion of the concha stabilizer that is torus shaped" (53) | plain meaning |

| | | |
|---|---|---|
| 37, 38, 41, 42, 48, 50, 54, 56 | "ring shaped" (37, 38, 41, 42, 28, 50, 54, 56) / "ring shape" (56) / "substantially ring shaped" (41, 50) / "substantially ringed shape" | plain meaning |
| 37, 38, 47, 48, 53, 54 | "at least a portion of the concha stabilizer is ring shaped" (37) / "the ring shaped portion of the concha stabilizer" (38) / "a ring-shaped portion" (48) / "at least a portion of the concha stabilizer that is ring shaped" (54) | plain meaning |
| 44-50 | "concha stabilizer shape of the concha stabilizer" | a shape matching the cavity of the upper concha |

Dated: September 19, 2011

/s/ Bernard Zimmerman
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\PLANTRONICS V. ALIPH\CAPTION.wpd