David C. Bohrer (SBN 212397)
dbohrer@confluencelaw.com
CONFLUENCE LAW PARTNERS
Sixty South Market Street, Suite 1400
San Jose, CA 95113-2396
Telephone:  (408) 938-3882
Facsimile:   (408) 938-4332

Bruce G. Chapman (SBN 164258)
bchapman@cblh.com
Keith D. Fraser (SBN 216279)
kfraser@cblh.com
CONNOLLY BOVE LODGE & HUTZ LLP
333 S. Grand Avenue, Suite 2300
Los Angeles, CA 90071-1504
Telephone:  (213) 787-2500
Facsimile:   (213) 687-0498

Attorneys for Plaintiff
PLANTRONICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PLANTRONICS, INC., <br><br>  Plaintiff, <br><br> vs. <br><br> ALIPH, INC. and ALIPHCOM, INC., <br><br>  Defendants. | Case No. 3:09-01714 BZ <br><br> **JOINT MOTION FOR MISCELLANEOUS ADMINISTRATIVE RELIEF SEEKING TO BRING CERTAIN ELECTRONIC EQUIPMENT AND MATERIALS INTO THE COURTHOUSE** |

04009.51806/435813
6.1

Joint Motion for Miscellaneous Administrative Relief To Bring
Electronic Equipment and Materials Into The Courthouse
(Case No. 3:09-01714 BZ)

- 1 -

1     Pursuant to Civil L.R. 7-11 and General Order No. 58, the parties jointly submit this
2 request to bring certain electronic equipment and materials into the federal courthouse located at
3 450 Golden Gate Avenue, San Francisco, California 94102 for use in the hearings in the above-
4 captioned matter on Wednesday, September 21, 2011 at 2:00 p.m. in the courtroom of U.S.
5 District Judge Bernard Zimmerman, Courtroom C on the 15th Floor. With this motion, the parties
6 also request permission to access Courtroom C after 3:00 p.m. on September 20, 2011 to set up
7 electronic equipment and other materials.

8     The electronic equipment and other materials will likely include:

9     1.    projectors
10    2.    projector screen (approximately 7-8 feet)
11    3.    laptops
12    4.    flat-panel monitors
13    5.    ELMO document camera
14    6.    video switchers;
15    7.    electrical cables, connections, power strips, and extension cords, and other
16 connective cables;
17    8.    speakers; and
18    9.    anatomical models.

21 Dated: September 20, 2011                                         CONFLUENCE LAW PARTNERS

23                                     By:    */s/ David C. Bohrer*
                                                      David C. Bohrer
                                                      Attorneys for Plaintiff
                                                      Plantronics, Inc.

| | | |
|---|---|---|
| 1 | Dated: September 20, 2011 | QUINN EMANUEL URQUHART & SULLIVAN LLP |
| 2 | | |
| 3 | | |
| 4 | | By: /s/*Gabriel S. Gross* |
| 5 | | Gabriel S. Gross<br>Attorneys for Defendants<br>Aliph, Inc. and Aliphcom, Inc. |
| 6 | | |
| 7 | **IT IS SO ORDERED.** | |
| 8 | | |
| 9 | Date: September 20, 2011 | |
| 10 | | Hon. Judge Bernard Zimmerman<br>UNITED STATES MAGISTRATE JUDGE |

- 2 -

04009.51806/435813
6.1

Joint Motion for Miscellaneous Administrative Relief To Bring
Electronic Equipment and Materials Into The Courthouse (Case No. 3:09-01714 BZ)