UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLANTRONICS, INC.,<br><br>Plaintiff(s),<br><br>v.<br><br>ALIPH, INC., et al.,<br><br>Defendant(s). | No. C09-1714 BZ<br><br>**ORDER REFERRING CASE TO SETTLEMENT CONFERENCE** |

**IT IS HEREBY ORDERED** that this case is referred to a magistrate judge for a settlement conference to occur no later than **December 5, 2011,** if possible. The parties will be notified by chambers of the time and place.

Dated: October 17, 2011

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\PLANTRONICS V. ALIPH\ORDER REFERRING CASE TO SETTLEMENT CONFERENCE.wpd

1