UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PLANTRONICS, INC., | ) | |
| Plaintiff(s), | ) | No. C09-1714 BZ |
| v. | ) | |
| ALIPH, INC., et al., | ) | **ORDER REFERRING CASE TO SETTLEMENT CONFERENCE** |
| Defendant(s). | ) | |

**IT IS HEREBY ORDERED** that this case is referred to a magistrate judge for a settlement conference to occur no later than **December 5, 2011,** if possible. The parties will be notified by chambers of the time and place.

Dated: October 17, 2011

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\PLANTRONICS V. ALIPH\ORDER REFERRING CASE TO SETTLEMENT CONFERENCE.wpd

1