1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP
2 | Robert P. Feldman (Bar No. 69602)
bobfeldman@quinnemanuel.com
3 | Gabriel S. Gross (Bar No. 254672)
gabegross@quinnemanuel.com
4 | 555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
5 | Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100
6 |
Attorneys for Defendants Aliph, Inc. and
7 | Aliphcom, Inc.
8 |
9 |

CONFLUENCE LAW PARTNERS
David C. Bohrer (Bar No. 212397)
dbohrer@confluencelaw.com
60 South Market Street, Suite 1400
San Jose, California 95113-2396
Telephone:    (408) 938-3882
Facsimile:    (408) 971-4332

CONNOLLY BOVE LODGE & HUTZ LLP
Bruce G. Chapman (Bar No. 164258)
bchapman@cblh.com
Keith D. Fraser (Bar No. 216279)
kfraser@cblh.com
333 S. Grand Avenue, Suite 2300
Los Angeles, California 90071
Telephone:    (213) 787-2500
Facsimile:    (213) 687-0498

Attorneys for Plaintiff Plantronics, Inc.

10 |
11 |
12 |
13 |

UNITED STATES DISTRICT COURT

14 |

NORTHERN DISTRICT OF CALIFORNIA

15 |

SAN FRANCISCO DIVISION

16 |

17 | PLANTRONICS, INC.,

Case No. C 09-01714 BZ

18 |
Plaintiff,
19 |
20 |    v.

**STIPULATION AND [PROPOSED] ORDER EXTENDING DATE FOR SETTLEMENT CONFERENCE**

21 | ALIPH, INC. and ALIPHCOM, INC.,

**CIV. L.R. 6-2**

22 |
Defendants.
23 |
24 |
25 |
26 |
27 |
28 |

1    Pursuant to Civil Local Rule 6-2, Defendants Aliph, Inc. and AliphCom, Inc. and Plaintiff
2   Plantronics, Inc., by and through their counsel, hereby submit the following stipulation and
3   proposed order.

4    WHEREAS, the Court has set the date for a "Settlement Conference" to be "[n]ot later
5   than 60 days after service by the Court of its Claim Construction Ruling," which issued on
6   October 6, 2011 (Orders, D.N. 91, 142);

7    WHEREAS, the Court has referred this matter to Magistrate Judge Elizabeth D. Laporte
8   for Settlement Conference (Order, D.N. 146);

9    WHEREAS, the parties have been working cooperatively to find a date that would
10  accommodate the schedules of Magistrate Judge Laporte, of the decision-makers with settlement
11  authority for Plantronics, and of the decision-makers with settlement authority for Aliph;

12   WHEREAS, the parties have found a date on or around December 15, 2011 that appears to
13  accommodate the schedules of both parties and Magistrate Judge Laporte;

14   ACCORDINGLY, the parties agree that the time for holding a settlement conference
15  should be extended beyond December 6, 2011 to January 6, 2011:

16   IT IS SO STIPULATED.

17

18  Dated:  October 28, 2011            QUINN EMANUEL URQUHART & SULLIVAN,
                                       LLP
19

20                                     By: /s/ Gabriel S. Gross
                                       Gabriel S. Gross
21                                     Attorneys for Defendants
                                       ALIPH, INC. and ALIPHCOM, INC.
22

23  Dated:  October 28, 2011            CONFLUENCE LAW PARTNERS
24

25                                     By: /s/ David Bohrer
                                       David Bohrer
26                                     Attorneys for Plaintiff
                                       PLANTRONICS, INC.
27

28

-1-                                    Case No. C 09-01714 BZ
STIPULATION AND [PROPOSED] ORDER EXTENDING DATE FOR SETTLEMENT CONFERENCE

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3  DATED: October 3 /2011

4

5

6  Hon. Bernard Zimmerman
   United States Magistrate Judge

7

8

9

10

11

12

13     I, Dane W. Reinstedt, am the ECF User whose identification and password are being used

14  to file this document. Pursuant to General Order 45.X.B, I hereby attest that David Bohrer,

15  counsel for Plaintiff and Gabriel Gross, counsel for Defendant, have concurred in this filing.

16     Dated: October 28, 2011

17                                         /s/ Dane W. Reinstedt

18                                         Dane W. Reinstedt

19

20

21

22

23

24

25

26

27

28

-2-                                         Case No. C 09-01714 BZ
STIPULATION AND [PROPOSED] ORDER EXTENDING DATE FOR SETTLEMENT CONFERENCE