| | |
|---|---|
| CONFLUENCE LAW PARTNERS<br>David C. Bohrer (Bar No. 212397)<br>dbohrer@confluencelaw.com<br>60 South Market Street, Suite 1400<br>San Jose, California 95113-2396<br>Telephone:   (408) 938-3882<br>Facsimile:   (408) 971-4332<br><br>CONNOLLY BOVE LODGE & HUTZ LLP<br>Bruce G. Chapman (Bar No. 164258)<br>bchapman@cblh.com<br>Keith D. Fraser (Bar No. 216279)<br>kfraser@cblh.com<br>333 S. Grand Avenue, Suite 2300<br>Los Angeles, California 90071<br>Telephone:   (213) 787-2500<br>Facsimile:   (213) 687-0498<br><br>Attorneys for Plaintiff Plantronics, Inc. | QUINN EMANUEL URQUHART<br>& SULLIVAN, LLP<br>Robert P. Feldman (Bar No. 69602)<br>bobfeldman@quinnemanuel.com<br>Gabriel S. Gross (Bar No. 254672)<br>gabegross@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California  94065-2139<br>Telephone:   (650) 801-5000<br>Facsimile:   (650) 801-5100<br><br>Attorneys for Defendants Aliph, Inc. and<br>Aliphcom, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PLANTRONICS, INC.,<br><br>           Plaintiff,<br><br>   v.<br><br>ALIPH, INC. and ALIPHCOM, INC.,<br><br>           Defendants. | Case No. C 09-01714 BZ (EDL)<br><br>**AMENDED STIPULATION AND [PROPOSED] ORDER RESCHEDULING SETTLEMENT CONFERENCE**<br><br>**CIV. L.R. 6-2** |

Case No. C 09-01714 BZ
AM. STIPULATION AND [PROPOSED] ORDER EXTENDING DATE FOR SETTLEMENT CONFERENCE

Pursuant to Civil Local Rule 6-2, Defendants Aliph, Inc. and AliphCom, Inc. and Plaintiff Plantronics, Inc., by and through their counsel, hereby submit the following stipulation and proposed order.

WHEREAS, Judge Zimmerman has referred this matter to Judge Laporte for Settlement Conference;

WHEREAS, the parties have been working cooperatively to find a date that would accommodate the schedules of Judge Laporte, of the decision-makers with settlement authority for Plantronics, and of the decision-makers with settlement authority for Aliph;

WHEREAS, the parties have found a date of December 15, 2011 that appears to accommodate the schedules of both parties and Judge Laporte;

WHEREAS, Judge Zimmerman has extended the date for holding a settlement conference from December 6, 2011 to January 6, 2011 (Order, D.N. 151);

ACCORDINGLY, the parties agree and propose that Judge Laporte reschedule the settlement conference from the current date of November 16, 2011 (Order, D.N. 146) to December 15, 2011:

IT IS SO STIPULATED:

Dated: November 1, 2011    CONFLUENCE LAW PARTNERS

By: /s/ David C. Bohrer
David C. Bohrer
Attorneys for Plaintiffs
PLANTRONICS, INC.

Dated: November 1, 2011    QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: /s/ Gabriel S. Gross
Gabriel S. Gross
Attorneys for Defendants
ALIPH, INC. and ALIPHCOM, INC.

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED, the Settlement Conference is**
2  **rescheduled to December 15, 2011 at** 1:30  P.m.
3
4  DATED: November  2 , 2011
5
6  _____
7  Hon. Elizabeth D. Laporte
   United States Magistrate Judge
8
9
10
11
12
13      I, David C. Bohrer, am the ECF User whose identification and password are being used to
14  file this document. Pursuant to General Order 45.X.B, I hereby attest that Gabriel Gross, counsel
15  for Defendant, has concurred in this filing.

*IT IS SO ORDERED*
*Elizabeth D. Laporte*