QUINN EMANUEL URQUHART
& SULLIVAN, LLP
  Robert P. Feldman (Bar No. 69602)
  bobfeldman@quinnemanuel.com
  Gabriel S. Gross (Bar No. 254672)
  gabegross@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100

Attorneys for Defendants Aliph, Inc. and Aliphcom, Inc.

CONFLUENCE LAW PARTNERS
  David C. Bohrer (Bar No. 212397)
  dbohrer@confluencelaw.com
60 South Market Street, Suite 1400
San Jose, California 95113-2396
Telephone:     (408) 938-3882
Facsimile:     (408) 971-4332

CONNOLLY BOVE LODGE & HUTZ LLP
  Bruce G. Chapman (Bar No. 164258)
  bchapman@cblh.com
  Keith D. Fraser (Bar No. 216279)
  kfraser@cblh.com
333 S. Grand Avenue, Suite 2300
Los Angeles, California 90071
Telephone:     (213) 787-2500
Facsimile:     (213) 687-0498

Attorneys for Plaintiff Plantronics, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PLANTRONICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALIPH, INC. and ALIPHCOM, INC., <br><br> Defendants. | Case No. C 09-01714 BZ <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR MOTIONS TO COMPEL FACT DISCOVERY** <br><br> **CIV. L.R. 6-2** |

1     Pursuant to Civil Local Rule 6-2, Defendants Aliph, Inc. and AliphCom, Inc. and Plaintiff
2 Plantronics, Inc., by and through their counsel, hereby submit the following stipulation and
3 proposed order.
4     WHEREAS, the Court has set the date for the "Fact Discovery Cut-off" to be November
5 23, 2011 (Order, D.N. 91);
6     WHEREAS, pursuant to Civil Local Rule 37-3, motions to compel fact discovery may not
7 be filed more than 7 days after the Fact Discovery Cut-off, except by order of the Court for good
8 cause shown;
9     WHEREAS, in this case, the 7 days between the Fact Discovery Cut-off and the deadline
10 for filing motions to compel included the Thanksgiving holiday;
11     WHEREAS, the parties are actively engaged in meeting and conferring to resolve
12 outstanding discovery issues, and believe that additional time before the deadline for motions to
13 compel will enable them to narrow, if not resolve any such issues;
14     ACCORDINGLY, the parties agree that the deadline for filing a motion to compel should
15 be extended one week to December 7, 2011, and that compliance with the deadline will be met by
16 filing a letter requesting a conference with the Court regarding a fact discovery dispute, pursuant
17 the Court's Initial Discovery Order.
18     IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | Dated:   November 29, 2011 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |

By: */s/ Gabriel S. Gross*
    Gabriel S. Gross
    Attorneys for Defendants
    ALIPH, INC. and ALIPHCOM, INC.

Dated:   November 29, 2011    CONFLUENCE LAW PARTNERS

By: */s/ David Bohrer*
    David Bohrer
    Attorneys for Plaintiff
    PLANTRONICS, INC.

1  **PURSUANT TO STIPULATION, AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: November  30 , 2011

_____
Hon. Bernard Zimmerman
United States Magistrate Judge

I, Dane Reinstedt, am the ECF User whose identification and password are being used to file this document. Pursuant to General Order 45.X.B, I hereby attest that David Bohrer, counsel for Plaintiff and Gabriel Gross, counsel for Defendant, have concurred in this filing.

Dated: November 29, 2011

　　　　　　　　　　　　　　　　　　　　　_____/s/ Dane Reinstedt_____
　　　　　　　　　　　　　　　　　　　　　　　　Dane Reinstedt