1  QUINN EMANUEL URQUHART
   & SULLIVAN, LLP
2    Robert P. Feldman (Bar No. 69602)
     bobfeldman@quinnemanuel.com
3    Gabriel S. Gross (Bar No. 254672)
     gabegross@quinnemanuel.com
4  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
5  Telephone:     (650) 801-5000
   Facsimile:     (650) 801-5100
6
   Attorneys for Defendants Aliph, Inc. and
7  Aliphcom, Inc.

CONFLUENCE LAW PARTNERS
   David C. Bohrer (Bar No. 212397)
   dbohrer@confluencelaw.com
60 South Market Street, Suite 1400
San Jose, California 95113-2396
Telephone:     (408) 938-3882
Facsimile:     (408) 971-4332

CONNOLLY BOVE LODGE & HUTZ LLP
   Bruce G. Chapman (Bar No. 164258)
   bchapman@cblh.com
   Keith D. Fraser (Bar No. 216279)
   kfraser@cblh.com
333 S. Grand Avenue, Suite 2300
Los Angeles, California 90071
Telephone:     (213) 787-2500
Facsimile:     (213) 687-0498

Attorneys for Plaintiff Plantronics, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PLANTRONICS, INC.,<br><br>              Plaintiff,<br><br>       v.<br><br>ALIPH, INC. and ALIPHCOM, INC.,<br><br>              Defendants. | Case No. C 09-01714 BZ<br><br>**STIPULATION AND [PROPOSED]<br>ORDER EXTENDING DEADLINE FOR<br>MOTIONS TO COMPEL FACT<br>DISCOVERY**<br><br>**CIV. L.R. 6-2** |

Case No. C 09-01714 BZ
STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR MOTIONS TO COMPEL

1    Pursuant to Civil Local Rule 6-2, Defendants Aliph, Inc. and AliphCom, Inc. and Plaintiff

2 Plantronics, Inc., by and through their counsel, hereby submit the following stipulation and

3 proposed order.

4    WHEREAS, the Court has set the date for the "Fact Discovery Cut-off" to be November

5 23, 2011 (Order, D.N. 91);

6    WHEREAS, pursuant to Civil Local Rule 37-3, motions to compel fact discovery may not

7 be filed more than 7 days after the Fact Discovery Cut-off, except by order of the Court for good

8 cause shown;

9    WHEREAS, in this case, the 7 days between the Fact Discovery Cut-off and the deadline

10 for filing motions to compel included the Thanksgiving holiday;

11    WHEREAS, the parties are actively engaged in meeting and conferring to resolve

12 outstanding discovery issues, and believe that additional time before the deadline for motions to

13 compel will enable them to narrow, if not resolve any such issues;

14    ACCORDINGLY, the parties agree that the deadline for filing a motion to compel should

15 be extended one week to December 7, 2011, and that compliance with the deadline will be met by

16 filing a letter requesting a conference with the Court regarding a fact discovery dispute, pursuant

17 the Court's Initial Discovery Order.

18    IT IS SO STIPULATED.

19

20

21

22

23

24

25

26

27

28

1   Dated:    November 29, 2011              QUINN EMANUEL URQUHART & SULLIVAN, LLP

2

3
                                            By: */s/ Gabriel S. Gross*
4                                               Gabriel S. Gross
                                                Attorneys for Defendants
5                                               ALIPH, INC. and ALIPHCOM, INC.

6
    Dated:    November 29, 2011              CONFLUENCE LAW PARTNERS
7

8
                                            By: */s/ David Bohrer*
9                                               David Bohrer
                                                Attorneys for Plaintiff
10                                              PLANTRONICS, INC.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER EXTENDING DATE FOR SETTLEMENT CONFERENCE

1  **PURSUANT TO STIPULATION, AND FOR GOOD CAUSE SHOWN, IT IS SO**
2  **ORDERED.**

3

DATED: November  30 , 2011
4

5

6                                                              _____
                                                              Hon. Bernard Zimmerman
7                                                              United States Magistrate Judge

8

9

10

11

12

13

14        I, Dane Reinstedt, am the ECF User whose identification and password are being used to

15  file this document. Pursuant to General Order 45.X.B, I hereby attest that David Bohrer, counsel

16  for Plaintiff and Gabriel Gross, counsel for Defendant, have concurred in this filing.

        Dated: November 29, 2011
17

18                                                              ____/s/ Dane Reinstedt_____

19                                                                  Dane Reinstedt

20

21

22

23

24

25

26

27

28