| | |
|---|---|
| CONFLUENCE LAW PARTNERS<br>David C. Bohrer (Bar No. 212397)<br>dbohrer@confluencelaw.com<br>60 South Market Street, Suite 1400<br>San Jose, California 95113-2396<br>Telephone:   (408) 938-3882<br>Facsimile:    (408) 971-4332<br><br>CONNOLLY BOVE LODGE & HUTZ LLP<br>Bruce G. Chapman (Bar No. 164258)<br>bchapman@cblh.com<br>Keith D. Fraser (Bar No. 216279)<br>kfraser@cblh.com<br>333 S. Grand Avenue, Suite 2300<br>Los Angeles, California 90071<br>Telephone:   (213) 787-2500<br>Facsimile:    (213) 687-0498<br><br>Attorneys for Plaintiff Plantronics, Inc. | QUINN EMANUEL URQUHART<br>& SULLIVAN, LLP<br>Robert P. Feldman (Bar No. 69602)<br>bobfeldman@quinnemanuel.com<br>Gabriel S. Gross (Bar No. 254672)<br>gabegross@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065-2139<br>Telephone:   (650) 801-5000<br>Facsimile:    (650) 801-5100<br><br>Attorneys for Defendants Aliph, Inc. and<br>Aliphcom, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PLANTRONICS, INC.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ALIPH, INC. and ALIPHCOM, INC.,<br><br>　　　　　Defendants. | Case No. C 09-01714 BZ (EDL)<br><br>**STIPULATION AND [PROPOSED] ORDER**<br><br>**CIV. L.R. 6-2** |

1   Pursuant to Civil Local Rule 6-2, Defendants Aliph, Inc. and AliphCom, Inc. and Plaintiff
2   Plantronics, Inc., by and through their counsel, hereby submit the following stipulation and
3   proposed order.
4   WHEREAS, Judge Zimmerman has referred this matter to Judge Laporte for Settlement
5   Conference;
6   WHEREAS, the parties expect to submit to Judge LaPorte their respective Confidential
7   Conference Statements today per the applicable scheduling orders (Dkts. 156 and 146);
8   WHEREAS, plaintiff Plantronics has advised that it is having difficulty completing the
9   demand letter that also is due to be served today due to a key executive traveling outside the
10  country, and proposed a one-day extension applicable to both the demand letter and the
11  defendants' response;
12  WHEREAS, defendants have agreed to this proposal;
13  WHEREAS, the proposed extension does not require extension or other modification of
14  the currently scheduled mediation on December 15, 2011;
15  ACCORDINGLY, the parties agree and propose that Judge Laporte extend the deadline for
16  Plantronics to serve its demand letter and for defendants' written response from the current dates
17  of December 6, 2011 and December 12, 2011, respectively, to December 7, 2011 and December
18  13, 2011, respectively:
19  IT IS SO STIPULATED:

1  Dated:   December 6, 2011					CONFLUENCE LAW PARTNERS
2
3								By:  ___/s/David C. Bohrer_____
									David C. Bohrer
4									Attorneys for Plaintiffs
									PLANTRONICS, INC.
5
6  Dated:  December 6, 2011					QUINN EMANUEL URQUHART & SULLIVAN, LLP
7
8
								By:  ___/s/Gabriel S. Gross_____
9									Gabriel S. Gross
									Attorneys for Defendants
10									ALIPH, INC. and ALIPHCOM, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

DATED: December _7_, 2011

_____
Hon. Elizabeth Laporte
United States Magistrate Judge

I, David C. Bohrer, am the ECF User whose identification and password are being used to file this document. Pursuant to General Order 45.X.B, I hereby attest that Gabriel Gross, counsel for Defendant, has concurred in this filing.