CONFLUENCE LAW PARTNERS
David C. Bohrer (Bar No. 212397)
dbohrer@confluencelaw.com
60 South Market Street, Suite 1400
San Jose, California 95113-2396
Telephone:	(408) 938-3882
Facsimile:	(408) 971-4332

CONNOLLY BOVE LODGE & HUTZ LLP
Bruce G. Chapman (Bar No. 164258)
bchapman@cblh.com
Keith D. Fraser (Bar No. 216279)
kfraser@cblh.com
333 S. Grand Avenue, Suite 2300
Los Angeles, California 90071
Telephone:	(213) 787-2500
Facsimile:	(213) 687-0498

Attorneys for Plaintiff Plantronics, Inc.

QUINN EMANUEL URQUHART
& SULLIVAN, LLP
Robert P. Feldman (Bar No. 69602)
bobfeldman@quinnemanuel.com
Gabriel S. Gross (Bar No. 254672)
gabegross@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:	(650) 801-5000
Facsimile:	(650) 801-5100

Attorneys for Defendants Aliph, Inc. and
Aliphcom, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PLANTRONICS, INC.,<br><br>        Plaintiff,<br><br>  v.<br><br>ALIPH, INC. and ALIPHCOM, INC.,<br><br>        Defendants. | Case No. C 09-01714 BZ (EDL)<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER**<br><br>**CIV. L.R. 6-2** |

Case No. C 09-01714 BZ
STIPULATION AND [PROPOSED] ORDER EXTENDING DATE FOR DEMAND LETTER

Pursuant to Civil Local Rule 6-2, Defendants Aliph, Inc. and AliphCom, Inc. and Plaintiff Plantronics, Inc., by and through their counsel, hereby submit the following stipulation and proposed order.

WHEREAS, Judge Zimmerman has referred this matter to Judge Laporte for Settlement Conference;

WHEREAS, the parties expect to submit to Judge LaPorte their respective Confidential Conference Statements today per the applicable scheduling orders (Dkts. 156 and 146);

WHEREAS, plaintiff Plantronics has advised that it is having difficulty completing the demand letter that also is due to be served today due to a key executive traveling outside the country, and proposed a one-day extension applicable to both the demand letter and the defendants' response;

WHEREAS, defendants have agreed to this proposal;

WHEREAS, the proposed extension does not require extension or other modification of the currently scheduled mediation on December 15, 2011;

ACCORDINGLY, the parties agree and propose that Judge Laporte extend the deadline for Plantronics to serve its demand letter and for defendants' written response from the current dates of December 6, 2011 and December 12, 2011, respectively, to December 7, 2011 and December 13, 2011, respectively:

IT IS SO STIPULATED:

| | | |
|---|---|---|
| Dated: December 6, 2011 | | CONFLUENCE LAW PARTNERS |

By: _____/s/David C. Bohrer_____
    David C. Bohrer
    Attorneys for Plaintiffs
    PLANTRONICS, INC.

Dated: December 6, 2011         QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: _____/s/Gabriel S. Gross_____
    Gabriel S. Gross
    Attorneys for Defendants
    ALIPH, INC. and ALIPHCOM, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

DATED: December _7_, 2011

_____
Hon. Elizabeth Laporte
United States Magistrate Judge

I, David C. Bohrer, am the ECF User whose identification and password are being used to file this document. Pursuant to General Order 45.X.B, I hereby attest that Gabriel Gross, counsel for Defendant, has concurred in this filing.