UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLANTRONICS, INC., <br> Plaintiff(s), <br> v. <br> ALIPH, INC., et al., <br> Defendant(s). | No. C09-1714 BZ <br><br> **ORDER SCHEDULING** <br> **DISCOVERY HEARING** |

**IT IS HEREBY ORDERED** that whichever party has custody of the record of the meet and confer sessions with respect to the disputes outlined in document nos. 165 and 166 shall lodge that record with the Court by **noon, Monday, December 12, 2011**.

**IT IS FURTHER ORDERED** that a hearing to address these disputes is scheduled for **Wednesday, December 14, 2011 at 2:00 p.m.** in Courtroom C, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.  Aliph shall bring with it a copy of the relevant discovery requests

///

///

///

1

and responses in the event the Court needs to review them.

Dated: December 9, 2011

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\PLANTRONICS V. ALIPH\TEL CONF 4.wpd

2