UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLANTRONICS, INC., <br><br> Plaintiff(s), <br><br> v. <br><br> ALIPH, INC., et al., <br><br> Defendant(s). | No. C09-1714 BZ <br><br> **SCHEDULING ORDER** |

**IT IS HEREBY ORDERED** that a hearing on the dispute set forth in document no. 161 and Aliph's response is scheduled for **Wednesday, December 14, 2011 at 2:00 p.m.,** in Courtroom C, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. Plantronics shall bring a copy of the disputed documents to the hearing in the event the Court needs to review them *in camera*.

Dated: December 9, 2011

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\PLANTRONICS V. ALIPH\SCHEDULING ORDER 2.wpd

1