UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PLANTRONICS, INC., | ) | |
| | ) | |
| Plaintiff(s), | ) | No. C09-1714 BZ |
| | ) | |
| v. | ) | |
| | ) | **SCHEDULING ORDER** |
| ALIPH, INC., et al., | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

**IT IS HEREBY ORDERED** that a hearing on the dispute set forth in document no. 161 and Aliph's response is scheduled for **Wednesday, December 14, 2011 at 2:00 p.m.,** in Courtroom C, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.  Plantronics shall bring a copy of the disputed documents to the hearing in the event the Court needs to review them *in camera*.

Dated: December 9, 2011

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\PLANTRONICS V. ALIPH\SCHEDULING ORDER 2.wpd

1