QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Robert P. Feldman (Bar No. 69602)
  bobfeldman@quinnemanuel.com
  Gabriel S. Gross (Bar No. 254672)
  gabegross@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:     (650) 801-5000
Facsimile:      (650) 801-5100
bobfeldman@quinnemanuel.com
gabegross@quinnemanuel.com

Attorneys for Defendants
ALIPH, INC., and ALIPHCOM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PLANTRONICS, INC.,<br><br>                Plaintiff,<br><br>        vs.<br><br>ALIPH, INC. and ALIPHCOM, INC.,<br><br>                Defendants. | CASE NO. 3:09-CV-01714-BZ<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO PROVISIONALLY SEAL DOCUMENT** |

1  Having considered Defendants Aliph, Inc. and Aliphcom, Inc.'s administrative motion
2  pursuant to Civil Local rule 79-5(d) for an order to provisionally file documents under seal, and
3  GOOD CAUSE APPEARING THERE FOR:
4  IT IS HEREBY ORDERED THAT the unredacted Robert P. Feldman's Letter to Judge
5  Zimmerman, dated December 7, 2011 shall be filed and maintained under seal.
6  Defendants' administrative motion pursuant to Civil Local rule 79-5(d) is accordingly
7  GRANTED.  The Clerk of the Court shall file under seal the above referenced documents.
8  IT IS SO ORDERED.

10  DATED: _ December 13 _, 2011

_____
Hon. Bernard Zimmerman
United States Magistrate Judge