1  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
2    Robert P. Feldman (Bar No. 69602)
     bobfeldman@quinnemanuel.com
3    Gabriel S. Gross (Bar No. 254672)
     gabegross@quinnemanuel.com
4  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
5  Telephone:    (650) 801-5000
   Facsimile:    (650) 801-5100
6  bobfeldman@quinnemanuel.com
   gabegross@quinnemanuel.com
7

8  Attorneys for Defendants
   ALIPH, INC., and ALIPHCOM, INC.
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                          SAN FRANCISCO DIVISION

13

14  PLANTRONICS, INC.,                    CASE NO. 3:09-CV-01714-BZ

15             Plaintiff,                 **[PROPOSED] ORDER GRANTING DEFENDANTS'
                                          ADMINISTRATIVE MOTION TO
16       vs.                              PROVISIONALLY SEAL DOCUMENT**

17  ALIPH, INC. and ALIPHCOM, INC.,

18             Defendants.

19

20

21

22

23

24

25

26

27

28

1  Having considered Defendants Aliph, Inc. and Aliphcom, Inc.'s administrative motion
2  pursuant to Civil Local rule 79-5(d) for an order to provisionally file documents under seal, and
3  GOOD CAUSE APPEARING THERE FOR:
4  IT IS HEREBY ORDERED THAT the unredacted Robert P. Feldman's Letter to Judge
5  Zimmerman, dated December 7, 2011 shall be filed and maintained under seal.
6  Defendants' administrative motion pursuant to Civil Local rule 79-5(d) is accordingly
7  GRANTED.  The Clerk of the Court shall file under seal the above referenced documents.
8  IT IS SO ORDERED.

10  DATED: _ December 13 _, 2011

_____
Hon. Bernard Zimmerman
United States Magistrate Judge