1  QUINN EMANUEL URQUHART
   & SULLIVAN, LLP
2    Robert P. Feldman (Bar No. 69602)
     bobfeldman@quinnemanuel.com
3    Gabriel S. Gross (Bar No. 254672)
     gabegross@quinnemanuel.com
4  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
5  Telephone:     (650) 801-5000
   Facsimile:     (650) 801-5100
6
   Attorneys for Defendants Aliph, Inc. and
7  Aliphcom, Inc.

8

9

10

CONFLUENCE LAW PARTNERS
   David C. Bohrer (Bar No. 212397)
   dbohrer@confluencelaw.com
60 South Market Street, Suite 1400
San Jose, California 95113-2396
Telephone:     (408) 938-3882
Facsimile:     (408) 971-4332

CONNOLLY BOVE LODGE & HUTZ LLP
   Bruce G. Chapman (Bar No. 164258)
   bchapman@cblh.com
   Keith D. Fraser (Bar No. 216279)
   kfraser@cblh.com
333 S. Grand Avenue, Suite 2300
Los Angeles, California 90071
Telephone:     (213) 787-2500
Facsimile:     (213) 687-0498

Attorneys for Plaintiff Plantronics, Inc.

11

12              UNITED STATES DISTRICT COURT

13             NORTHERN DISTRICT OF CALIFORNIA

14                 SAN FRANCISCO DIVISION

15

16  PLANTRONICS, INC.,

17              Plaintiff,

18       vs.

19  ALIPH, INC. and ALIPHCOM, INC.,

20              Defendants.

CASE NO. 3:09-CV-01714-BZ

**STIPULATION AND [PROPOSED]**
**ORDER REGARDING DISCOVERY**
**DISPUTES**

21

22

23

24

25

26

27

28

1  **STIPULATION AND [PROPOSED] ORDER**

2  WHEREAS, a hearing regarding the parties' pending discovery disputes at which both

3  parties were represented by counsel was held December 14, 2011;

4  WHEREAS, the parties have continued to meet and confer over issues raised at the

5  hearing;

6  NOW THEREFORE, the parties stipulate and agree to the following:

7  1.  Plaintiff shall have until noon on December 19, 2011, to produce additional

8  documents or information, if any, related to the discovery requests and interrogatories referenced

9  in Defendants' letter (Document No. 165) consistent with Judge Zimmerman's rulings at the

10  hearing.  Defendants reserve the right to object to any new or supplemented discovery beyond the

11  scope of discovery permitted by this Order and applicable rules.

12  2.  Defendant has provided Plaintiff with Bates ranges associated with the Requests for

13  Admission referenced in its letter (Document No. 166).

14  3.  The parties have met and conferred about the genuineness of documents at issue in

15  Defendant's Requests for Admission Nos. 42-77, to which Plaintiff shall provide supplemental

16  responses, and have made a record as follows:

17  (a)  the parties agree and stipulate to the genuineness of the documents at issue

18  in Request Nos. 50, 58, 60, 62, 64, 66, 68, 70, 72, and 76;

19  (b)  Aliph withdraws Request Nos. 44, 46, 48, 52, and 74;

20  (c)  Plantronics objects to the genuineness of the documents at issue in Request

21  Nos. 42, 54, and 56;

22  (d)  Aliph has leave to provide additional information about the three disputed

23  documents in an effort to resolve any remaining objections over genuineness before trial.

24  The parties having recorded their remaining disputes over genuineness of these documents, neither

25  party need contact chambers about appearing on December 20, 2011, at 9:00 a.m. to make a record

26  of the disputes.

27  4.  Plaintiff shall respond to Requests for Admission Nos. 42-167 by January 4, 2012.

28

5.      Plaintiff's request for leave to file a protective order (Document No. 161) is
DENIED.

6.      No later than April 1, 2012, the parties may file a list of questions for the Interim
Pretrial Conference, scheduled for April 10, 2012 at 2 p.m.

**IT IS SO STIPULATED.**

DATED: December 19, 2011                QUINN EMANUEL URQUHART &
                                        SULLIVAN, LLP


                                        By  */s/Gabriel S. Gross*
                                            Gabriel S. Gross
                                            Attorneys for Defendants
                                            ALIPH, INC., and ALIPHCOM, INC.


DATED: December 19, 2011                CONFLUENCE LAW PARTNERS


                                        By  */s/David C. Bohrer*
                                            David C. Bohrer
                                            Attorneys for Plaintiff
                                            PLANTRONICS, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  2 Dec '11

                                        Hon. Bernard Zimmerman
                                        United States Magistrate Judge