QUINN EMANUEL URQUHART
& SULLIVAN, LLP
  Robert P. Feldman (Bar No. 69602)
  bobfeldman@quinnemanuel.com
  Gabriel S. Gross (Bar No. 254672)
  gabegross@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100

Attorneys for Defendants Aliph, Inc. and
Aliphcom, Inc.

CONFLUENCE LAW PARTNERS
  David C. Bohrer (Bar No. 212397)
  dbohrer@confluencelaw.com
60 South Market Street, Suite 1400
San Jose, California 95113-2396
Telephone:    (408) 938-3882
Facsimile:    (408) 971-4332

CONNOLLY BOVE LODGE & HUTZ LLP
  Bruce G. Chapman (Bar No. 164258)
  bchapman@cblh.com
  Keith D. Fraser (Bar No. 216279)
  kfraser@cblh.com
333 S. Grand Avenue, Suite 2300
Los Angeles, California 90071
Telephone:    (213) 787-2500
Facsimile:    (213) 687-0498

Attorneys for Plaintiff Plantronics, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PLANTRONICS, INC.,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ALIPH, INC. and ALIPHCOM, INC.,<br><br>　　　　　Defendants. | CASE NO. 3:09-CV-01714-BZ<br><br>**STIPULATION AND [PROPOSED]　<br>ORDER REGARDING DISCOVERY<br>DISPUTES** |

## STIPULATION AND [PROPOSED] ORDER

WHEREAS, a hearing regarding the parties' pending discovery disputes at which both parties were represented by counsel was held December 14, 2011;

WHEREAS, the parties have continued to meet and confer over issues raised at the hearing;

NOW THEREFORE, the parties stipulate and agree to the following:

1. Plaintiff shall have until noon on December 19, 2011, to produce additional documents or information, if any, related to the discovery requests and interrogatories referenced in Defendants' letter (Document No. 165) consistent with Judge Zimmerman's rulings at the hearing. Defendants reserve the right to object to any new or supplemented discovery beyond the scope of discovery permitted by this Order and applicable rules.

2. Defendant has provided Plaintiff with Bates ranges associated with the Requests for Admission referenced in its letter (Document No. 166).

3. The parties have met and conferred about the genuineness of documents at issue in Defendant's Requests for Admission Nos. 42-77, to which Plaintiff shall provide supplemental responses, and have made a record as follows:

    (a) the parties agree and stipulate to the genuineness of the documents at issue in Request Nos. 50, 58, 60, 62, 64, 66, 68, 70, 72, and 76;

    (b) Aliph withdraws Request Nos. 44, 46, 48, 52, and 74;

    (c) Plantronics objects to the genuineness of the documents at issue in Request Nos. 42, 54, and 56;

    (d) Aliph has leave to provide additional information about the three disputed documents in an effort to resolve any remaining objections over genuineness before trial.

The parties having recorded their remaining disputes over genuineness of these documents, neither party need contact chambers about appearing on December 20, 2011, at 9:00 a.m. to make a record of the disputes.

4. Plaintiff shall respond to Requests for Admission Nos. 42-167 by January 4, 2012.

5.  Plaintiff's request for leave to file a protective order (Document No. 161) is DENIED.

6.  No later than April 1, 2012, the parties may file a list of questions for the Interim Pretrial Conference, scheduled for April 10, 2012 at 2 p.m.

**IT IS SO STIPULATED.**

DATED: December 19, 2011          QUINN EMANUEL URQUHART & SULLIVAN, LLP


By  /s/Gabriel S. Gross
Gabriel S. Gross
Attorneys for Defendants
ALIPH, INC., and ALIPHCOM, INC.

DATED: December 19, 2011          CONFLUENCE LAW PARTNERS


By  /s/David C. Bohrer
David C. Bohrer
Attorneys for Plaintiff
PLANTRONICS, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 20 Dec '11

Hon. Bernard Zimmerman
United States Magistrate Judge