UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PLANTRONICS, INC.,  )
                    )
    Plaintiff(s),   )    No. C09-1714 BZ
                    )
    v.              )
                    )    **ORDER DENYING MOTION FOR**
ALIPH, INC., et al.,)    **ADMINISTRATIVE RELIEF**
                    )
    Defendant(s).   )
                    )
_____)

**IT IS ORDERED** that Plantronic's motion for administrative relief (Docket No. 181) is **DENIED**. Patent L.R. 3-6 permits a party to amend infringement contentions "only by order of the Court upon a timely showing of good cause." A motion for administrative relief under L.R. 7-11 is designed to address "miscellaneous administrative matters, not otherwise governed by...local rule." It is not an appropriate vehicle for seeking relief under Patent L.R. 3-6. Nor has Plantronics made a timely showing of good cause for its amendment.

Dated: February 17, 2012

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\PLANTRONICS V. ALIPH\ORDER DENYING MOT. FOR ADMINSTRATIVE RELIEF.wpd

1