| | |
|---|---|
| CONFLUENCE LAW PARTNERS<br>David C. Bohrer (Bar No. 212397)<br>dbohrer@confluencelaw.com<br>Jessie J. Ho (SBN 260790)<br>jho@confluencelaw.com<br>60 South Market Street, Suite 1400<br>San Jose, California 95113-2396<br>Telephone:  (408) 938-3882<br>Facsimile:   (408) 971-4332<br><br>CONNOLLY BOVE LODGE & HUTZ LLP<br>Bruce G. Chapman (Bar No. 164258)<br>bchapman@cblh.com<br>Elizabeth Yang (SBN 249714)<br>eyang@cblh.com<br>333 S. Grand Avenue, Suite 2300<br>Los Angeles, California 90071<br>Telephone:  (213) 787-2500<br>Facsimile:   (213) 687-0498<br><br>Attorneys for Plaintiff Plantronics, Inc. | QUINN EMANUEL URQUHART &<br>  SULLIVAN, LLP<br>Robert P. Feldman (Bar No. 69602)<br>bobfeldman@quinnemanuel.com<br>Gabriel S. Gross (Bar No. 254672)<br>gabegross@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065-2139<br>Telephone:    (650) 801-5000<br>Facsimile:     (650) 801-5100<br><br>Attorneys for Defendants Aliph, Inc. and Aliphcom, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PLANTRONICS, INC.,<br><br>         Plaintiff,<br><br>    v.<br><br>ALIPH, INC. and ALIPHCOM, INC.,<br><br>         Defendants. | Case No. C 09-01714 BZ<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR CIV. L.R. 79-5(d) DECLARATION** |

1   Pursuant to Civil Local Rule 6-2, plaintiff Plantronics, Inc. ("Plantronics") and defendants
2   Aliph, Inc. and AliphCom, Inc. (collectively "Aliph"), by and through their counsel, hereby
3   submit the following stipulation and proposed order.
4   WHEREAS, Plantronics has filed an Administrative Motion to Partially Seal Documents
5   Pursuant to Local Rule 79.5(c) (D.N.196);
6   WHEREAS, one of the documents that is the subject of the above motion to partially seal
7   is the Declaration of Jessie J. Ho In Support of Plantronics, Inc.'s Opposition to Defendants'
8   Motion for Summary Judgment (D.N. 183) and Motion To Exclude (D.N. 190) ("Ho
9   Declaration");
10  WHEREAS, the portions of the Ho Declaration that Plantronics seeks leave to file under
11  seal consist of specific exhibits containing deposition testimony, emails or subject matter
12  designated as Confidential or Highly Confidential by Aliph under the Court's Interim Protective
13  Order;
14  WHEREAS, on February 29, 2012, Plantronics served Aliph with a complete copy of the
15  Ho Declaration including all exhibits;
16  WHEREAS, on March 1, 2012, in accordance with Civil Local Rule 79-5, Plantronics
17  lodged the Ho Declaration with the Clerk showing the proposed redacted exhibits;
18  WHEREAS, on March 6, 2012, Plantronics advised Aliph that earlier that same day it had
19  discovered that the proposed redacted exhibits of the Ho Declaration had not been served along
20  with the previously served complete copy of the Ho Declaration including all exhibits;
21  WHEREAS, pursuant to Civil L.R. 79-5(d), the deadline for Aliph to file a declaration
22  establishing that the exhibits at issue are sealable is seven days from the filing of the motion to
23  seal or March 7, 2012;
24  WHEREAS, under the circumstances, Aliph may require an additional seven days, from
25  March 7, 2012 to March 14, 2012, to consider the proposed redacted exhibits and file the required
26  declaration if necessary pursuant to Civil L.R. 79-5(d);
27  WHEREAS, Plantronics agrees to the extension of this deadline;
28

1  WHEREAS, the proposed extension should not require extension or modification of any
2  other currently scheduled case deadlines;
3  ACCORDINGLY, the parties agree and propose that the Court extend the deadline for
4  Aliph to file a declaration pursuant to Civil L.R. 79-5(d) from the current date of March 7, 2012 to
5  March 14, 2012:
6  IT IS SO STIPULATED.

10 Dated:  March 7, 2012                        CONFLUENCE LAW PARTNERS

12                                              By: /s/ *David C. Bohrer*
                                                    David C. Bohrer
13                                                  Attorneys for Plaintiff
                                                    PLANTRONICS, INC

15 Dated:  March 7, 2012                        QUINN EMANUEL URQUHART & SULLIVAN, LLP

18                                              By: /s/ *Gabriel S. Gross*
                                                    Gabriel S. Gross
                                                    Attorneys for Defendants
19                                                  ALIPH, INC. AND ALIPHCOM, INC.

-2-

Case No. C 09-01714 BZ
STIP. AND [PROPOSED] ORDER RE: DEADLINE FOR CIV. L.R. 79-5(d) DECL.

1 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3 DATED: March  7 , 2012

```
                                    _____
                                    Hon. Bernard Zimmerman
                                    United States Magistrate Judge
```

13   I, David C. Bohrer, am the ECF User whose identification and password are being used to file this document. Pursuant to General Order 45.X.B, I hereby attest that David Bohrer, counsel for Plaintiff and Gabriel Gross, counsel for Defendant, have concurred in this filing.

16   Dated: March 7, 2012

```
                                       __/s/ David C. Bohrer___
                                           David C. Bohrer
```