| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>  Robert P. Feldman (Bar No. 69602)<br>  bobfeldman@quinnemanuel.com<br>  Gabriel S. Gross (Bar No. 254672)<br>  gabegross@quinnemanuel.com<br>  Michelle G. Lee (Bar No. 266167)<br>  michellelee@quinnemanuel.com<br>  Dane W. Reinstedt (Bar No. 275447)<br>  danereinstedt@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California  94065-2139<br>Telephone:     (650) 801-5000<br>Facsimile:      (650) 801-5100<br><br>Attorneys for Defendants Aliph, Inc. and Aliphcom, Inc. | CONFLUENCE LAW PARTNERS<br>  David C. Bohrer (Bar No. 212397)<br>  dbohrer@confluencelaw.com<br>  Jessie J. Ho (Bar No. 260790)<br>  jho@confluencelaw.com<br>60 South Market Street, Suite 1400<br>San Jose, California 95113-2396<br>Telephone:     (408) 938-3882<br>Facsimile:      (408) 971-4332<br><br>CONNOLLY BOVE LODGE & HUTZ LLP<br>  Bruce G. Chapman (Bar No. 164258)<br>  bchapman@cblh.com<br>  Elizabeth Yang (Bar No. 249713)<br>  eyang@cblh.com<br>333 S. Grand Avenue, Suite 2300<br>Los Angeles, California 90071<br>Telephone:     (213) 787-2500<br>Facsimile:      (213) 687-0498<br><br>Attorneys for Plaintiff Plantronics, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PLANTRONICS, INC.,<br><br>                Plaintiff,<br><br>        v.<br><br>ALIPH, INC. AND ALIPHCOM, INC.,<br><br>                Defendants. | CASE NO. 09-cv-01714-BZ<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER SEEKING TO BRING CERTAIN ELECTRONIC EQUIPMENT AND MATERIALS INTO THE COURTHOUSE** |

Pursuant to Civil L.R. 7-11 and General Order No. 58, the parties, by and through their counsel, hereby submit the following stipulation and proposed order.

WHEREAS, hearings are set in the above captioned matter on Wednesday, March 21, 2012 at 10:00 a.m. in the courtroom of U.S. Magistrate Judge Bernard Zimmerman, Courtroom C on the 15th Floor of the federal courthouse located at 450 Golden Gate Avenue, San Francisco, California 94102;

WHEREAS, the parties desire to bring certain electronic equipment and materials into the courtroom for use in the hearings;

ACCORDINGLY, the parties agree and request permission to bring certain electronic equipment and materials into the courtroom and to access Courtroom C after 3:00 p.m. on March 20, 2012 to set up electronic equipment and other materials.

The electronic equipment and other materials will likely include:

1. projectors;
2. projector screen (approximately 7-8 feet);
3. laptops;
4. flat-panel monitors;
5. video switchers;
6. electrical cables, connections, power strips, and extension cords, and other connective cables;
7. speakers; and
8. ELMO document camera.

**IT IS SO STIPULATED.**

DATED:  March 15, 2012         QUINN EMANUEL URQUHART & SULLIVAN, LLP


By  */s/ Gabriel S. Gross*
  Robert P. Feldman
  Gabriel S. Gross
  Michelle G. Lee
  Dane W. Reinstedt
  Attorneys for Defendants
  ALIPH, INC., and ALIPHCOM, INC.


DATED: March 15, 2012         CONFLUENCE LAW PARTNERS


By  */s/ David C. Bohrer*
  David C. Bohrer
  Jessie J. Ho
  Attorneys for Plaintiff
  PLANTRONICS, INC.


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date:  March 16, 2012

Hon. Judge Bernard Zimmerman
UNITED STATES MAGISTRATE JUDGE

   I, Dane W. Reinstedt, am the ECF User whose identification and password are being used to file this document.  Pursuant to General Order 45.X.B, I hereby attest that Gabriel Gross, counsel for Defendant, and David Bohrer, counsel for Plaintiff, have concurred in this filing.