1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11 PLANTRONICS, INC.,              )
                                   )
12          Plaintiff(s),          )      No. C09-1714 BZ
                                   )
13      v.                         )
                                   )      **FINAL JUDGMENT**
14 ALIPH, INC. AND ALIPHCOM,       )
   INC.,                           )
15                                 )
            Defendant(s).          )
16 _____     )

17      The Court having issued its Order Granting Summary

18 Judgment on March 23, 2012; **IT IS ORDERED** that Plaintiff,

19 Plantronics, Inc., recover nothing from the Defendants Aliph,

20 Inc. and Aliphcom, Inc., and its action be **DISMISSED** on the

21 merits; that U.S. Patent No. 5,712,453 is declared **INVALID**;

22 and that Defendants recover costs from Plaintiff.

23 Dated: March 23, 2012

24

25 _____

26      Bernard Zimmerman
   United States Magistrate Judge

27 G:\BZALL\-BZCASES\PLANTRONICS V. ALIPH\FINAL JUDGMENT.wpd

28


                            1