UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLANTRONICS, INC., <br><br>       Plaintiff(s), <br><br>   v. <br><br>ALIPH, INC. AND ALIPHCOM, INC., <br><br>       Defendant(s). | No. C09-1714 BZ <br><br>**FINAL JUDGMENT** |

The Court having issued its Order Granting Summary Judgment on March 23, 2012; **IT IS ORDERED** that Plaintiff, Plantronics, Inc., recover nothing from the Defendants Aliph, Inc. and Aliphcom, Inc., and its action be **DISMISSED** on the merits; that U.S. Patent No. 5,712,453 is declared **INVALID**; and that Defendants recover costs from Plaintiff.

Dated: March 23, 2012

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\PLANTRONICS V. ALIPH\FINAL JUDGMENT.wpd

1