1  QUINN EMANUEL URQUHART
   & SULLIVAN, LLP

2  Robert P. Feldman (Bar No. 69602)
   bobfeldman@quinnemanuel.com

3  Gabriel S. Gross (Bar No. 254672)
   gabegross@quinnemanuel.com

4  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California 94065-2139

5  Telephone:    (650) 801-5000
   Facsimile:    (650) 801-5100

6
   Attorneys for Defendants Aliph, Inc. and

7  Aliphcom, Inc.

8

9

CONFLUENCE LAW PARTNERS
David C. Bohrer (Bar No. 212397)
dbohrer@confluencelaw.com
60 South Market Street, Suite 1400
San Jose, California 95113-2396
Telephone:    (408) 938-3882
Facsimile:    (408) 971-4332

CONNOLLY BOVE LODGE & HUTZ LLP
Bruce G. Chapman (Bar No. 164258)
bchapman@cblh.com
Keith D. Fraser (Bar No. 216279)
kfraser@cblh.com
333 S. Grand Avenue, Suite 2300
Los Angeles, California 90071
Telephone:    (213) 787-2500
Facsimile:    (213) 687-0498

10                                                     Attorneys for Plaintiff Plantronics, Inc.

11

12

13
                            UNITED STATES DISTRICT COURT
14
                         NORTHERN DISTRICT OF CALIFORNIA
15
                             SAN FRANCISCO DIVISION
16

17  PLANTRONICS, INC.,                       Case No. C 09-01714 BZ

18
              Plaintiff,
19                                           STIPULATION AND [PROPOSED]
                                             ORDER RE. REDACTIONS TO EXHIBIT
20      v.                                   8 TO DECLARATION OF JESSIE HO

21  ALIPH, INC. and ALIPHCOM, INC.,          GEN. ORDER NO. 62; CIV. L.R. 79-5

22            Defendants.

23

24

25

26

27

28

1    Pursuant to Civil Local Rule 79-5 and General Order No. 62, Defendants Aliph, Inc. and
2 AliphCom, Inc. and Plaintiff Plantronics, Inc., by and through their counsel, hereby submit the
3 following stipulation and proposed order.

4    WHEREAS, in connection with its opposition to Aliph's motion for summary judgment,
5 Plantronics moved to file certain documents under seal (*see* D.N. 196), including Exhibit 8 to the
6 Declaration of Jessie Ho which had been designated by Aliph as Highly Confidential Attorneys'
7 Eyes Only (*see* D.N. 196-1);

8    WHEREAS, the Court granted in part and denied in part Plantronics motion, finding in
9 part that certain information within Exhibit 8 does not address or contain sealable information (*see*
10 D.N. 219 at 3);

11    WHEREAS, General Order No. 62 states, "If the motion is denied in part and granted in
12 part, the party may within 4 days resubmit the document in a manner that conforms to the Court's
13 order and this rule" and Civil Local Rule 79-5(e) states, "If the request is denied in part and
14 granted part, the party may resubmit the document in a manner that conforms to the Court's order
15 and this rule";

16    WHEREAS, Aliph has provided Plantronics with a narrowly redacted version of Exhibit 8
17 which Aliph believes conforms with the Court's order and General Order No. 62, the redactions to
18 which are supported by the Declaration of Michelle Lee (D.N. 212), and to which Plantronics has
19 no objection;

20    ACCORDINGLY, the parties agree that upon Plantronics' filing of the redacted version of
21 Exhibit 8, Aliph shall lodge the same and a sealed, unredacted version with the Court pursuant to
22 the procedures of Civil Local Rule 79-5(c) and respectfully request that the Court accept the same.
23
24
25
26
27
28

-1-                                    Case No. C 09-01714 BZ
STIPULATION AND [PROPOSED] ORDER RE. REDACTIONS TO EX. 8 TO DECL. OF JESSIE HO

(

1 | **IT IS SO STIPULATED.**

2

3 Dated: March 27, 2012                    QUINN EMANUEL URQUHART & SULLIVAN,
                                          LLP
4

5                                          By: *s/Gabriel S. Gross*

6                                              Gabriel S. Gross
                                              Attorneys for Defendants
7                                              ALIPH, INC. and ALIPHCOM, INC.

8 Dated: March 27, 2012                    CONFLUENCE LAW PARTNERS

9

10                                         By: *s/David Bohrer*

11                                             David Bohrer
                                              Attorneys for Plaintiff
12                                             PLANTRONICS, INC.

13

14 | **PURSUANT TO STIPULATION, AND FOR GOOD CAUSE SHOWN, IT IS SO
    ORDERED.**
15

16 DATED: 8 March 2012
17

18

19

20                                         Hon. Bernard Zimmerman
                                          United States Magistrate Judge
21

22

23        I, Gabriel S. Gross, am the ECF User whose identification and password are being used to

24 file this document. Pursuant to General Order 45.X.B, I hereby attest that David Bohrer, counsel

25 for Plaintiff, has concurred in this filing.

26

27

28