| | |
|---|---|
| 1  QUINN EMANUEL URQUHART<br>    & SULLIVAN, LLP<br>2     Robert P. Feldman (Bar No. 69602)<br>       bobfeldman@quinnemanuel.com<br>3     Gabriel S. Gross (Bar No. 254672)<br>       gabegross@quinnemanuel.com<br>4  555 Twin Dolphin Drive, 5th Floor<br>    Redwood Shores, California 94065-2139<br>5  Telephone:  (650) 801-5000<br>    Facsimile:   (650) 801-5100<br>6<br>    Attorneys for Defendants Aliph, Inc. and<br>7  Aliphcom, Inc. | CONFLUENCE LAW PARTNERS<br>   David C. Bohrer (Bar No. 212397)<br>   dbohrer@confluencelaw.com<br>60 South Market Street, Suite 1400<br>San Jose, California 95113-2396<br>Telephone:  (408) 938-3882<br>Facsimile:   (408) 971-4332<br><br>CONNOLLY BOVE LODGE & HUTZ LLP<br>   Bruce G. Chapman (Bar No. 164258)<br>   bchapman@cblh.com<br>   Keith D. Fraser (Bar No. 216279)<br>   kfraser@cblh.com<br>333 S. Grand Avenue, Suite 2300<br>Los Angeles, California 90071<br>Telephone:  (213) 787-2500<br>Facsimile:   (213) 687-0498<br><br>Attorneys for Plaintiff Plantronics, Inc. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| PLANTRONICS, INC.,<br><br>                    Plaintiff,<br><br>        v.<br><br>ALIPH, INC. and ALIPHCOM, INC.,<br><br>                    Defendants. | Case No. C 09-01714 BZ<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER RE. REDACTIONS TO EXHIBIT<br>8 TO DECLARATION OF JESSIE HO<br><br>GEN. ORDER NO. 62; CIV. L.R. 79-5 |

1   Pursuant to Civil Local Rule 79-5 and General Order No. 62, Defendants Aliph, Inc. and
2   AliphCom, Inc. and Plaintiff Plantronics, Inc., by and through their counsel, hereby submit the
3   following stipulation and proposed order.

4   WHEREAS, in connection with its opposition to Aliph's motion for summary judgment,
5   Plantronics moved to file certain documents under seal (*see* D.N. 196), including Exhibit 8 to the
6   Declaration of Jessie Ho which had been designated by Aliph as Highly Confidential Attorneys'
7   Eyes Only (*see* D.N. 196-1);

8   WHEREAS, the Court granted in part and denied in part Plantronics motion, finding in
9   part that certain information within Exhibit 8 does not address or contain sealable information (*see*
10  D.N. 219 at 3);

11  WHEREAS, General Order No. 62 states, "If the motion is denied in part and granted in
12  part, the party may within 4 days resubmit the document in a manner that conforms to the Court's
13  order and this rule" and Civil Local Rule 79-5(e) states, "If the request is denied in part and
14  granted part, the party may resubmit the document in a manner that conforms to the Court's order
15  and this rule";

16  WHEREAS, Aliph has provided Plantronics with a narrowly redacted version of Exhibit 8
17  which Aliph believes conforms with the Court's order and General Order No. 62, the redactions to
18  which are supported by the Declaration of Michelle Lee (D.N. 212), and to which Plantronics has
19  no objection;

20  ACCORDINGLY, the parties agree that upon Plantronics' filing of the redacted version of
21  Exhibit 8, Aliph shall lodge the same and a sealed, unredacted version with the Court pursuant to
22  the procedures of Civil Local Rule 79-5(c) and respectfully request that the Court accept the same.

-1-   Case No. C 09-01714 BZ
STIPULATION AND [PROPOSED] ORDER RE. REDACTIONS TO EX. 8 TO DECL. OF JESSIE HO

1  **IT IS SO STIPULATED.**

2

3  Dated:  March 27, 2012                          QUINN EMANUEL URQUHART & SULLIVAN, LLP

4

5                                                   By: *s/Gabriel S. Gross*
                                                        Gabriel S. Gross
6                                                       Attorneys for Defendants
                                                        ALIPH, INC. and ALIPHCOM, INC.
7

8  Dated:  March 27, 2012                          CONFLUENCE LAW PARTNERS

9

10                                                  By: *s/David Bohrer*
                                                        David Bohrer
11                                                      Attorneys for Plaintiff
                                                        PLANTRONICS, INC.
12

13

14  **PURSUANT TO STIPULATION, AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**
15

16  DATED: 28 March, 2012
17

18
19                                                  _____
                                                    Hon. Bernard Zimmerman
20                                                  United States Magistrate Judge
21

22
23      I, Gabriel S. Gross, am the ECF User whose identification and password are being used to
24  file this document. Pursuant to General Order 45.X.B, I hereby attest that David Bohrer, counsel
25  for Plaintiff, has concurred in this filing.

26
27
28

-2-                                                              Case No. C 09-01714 BZ
STIPULATION AND [PROPOSED] ORDER RE. REDACTIONS TO EX. 8 TO DECL. OF JESSIE HO