## Appendix 1

## Schedule Summarizing Plantronics' Objections to Defendants' Bill of Costs

| Statute | Items | Claimed | Disallow | Grant |
|---|---|---|---|---|
| §1920(1) | **A. Service of Subpoenas** | | | |
| | Luis Pedraza | $219.25 | $0 | $219.25 |
| | Bungardt Design | $109.00 | $109.00 | $0 |
| | | $328.25 | $109.00 | **$219.25** |
| §1920(2) | **B. Reporters' transcripts of hearings** | | | |
| | Claim Construction Hearing Transcript | $377.65 | $134.40 | $243.25 |
| | Summary Judgment Hearing Transcript | $366.72 | $74.70 | $292.02 |
| | | $744.37 | $209.10 | **$535.27** |
| §1920(2) | **C. Deposition Copies**[1] | | | |
| | Eva Babiak | $854.60 | $30.00 | $824.60 |
| | Edmund Morrissey III | $3,575.90 | $30.00 | $3,545.90 |
| | Luis Pedraza | $3,701.10 | $1,488.85 | $2,212.25 |
| | Elizabeth Goodrich | $3,931.85 | $1,070.80 | $2,861.05 |
| | Gabriele Bungardt | $5,066.30 | $1,024.65 | $4,041.65 |
| | Christopher Struck | $1,999.47 | $1,999.47 | $0 |
| | Alexander Asseily | $1,532.90 | $30.00 | $1,502.90 |
| | Richard Vollmer | $4,133.65 | $178.50 | $3,955.15 |
| | Gordon Simmons | $1,913.00 | $30.00 | $1,883.00 |
| | Robert Bernardi | $4,202.95 | $180.50 | $4,022.45 |
| | Jeff Ducote | $4,588.53 | $195.00 | $4,393.53 |
| | David Hume | $2,405.55 | $30.00 | $2,375.55 |
| | Elizabeth Bastiaanse Hamren | $1,522.50 | $84.50 | $1,438.00 |
| | Yves Behar | $596.40 | $30.00 | $566.40 |
| | Richard Drysdale | $1,444.00 | $30.00 | $1,414.00 |
| | Michael Tamaru | $2,008.05 | $30.00 | $1,978.05 |
| | Hosain Rahman | $2,246.90 | $30.00 | $2,216.90 |
| | Francois de Villiers | $2,340.85 | $111.00 | $2,229.85 |
| | Renee Bader Niemi | $4,474.75 | $185.00 | $4,289.75 |
| | Diane Elabidi | $2,291.50 | $108.00 | $2,183.50 |
| | Stephen Ambrose | $2,655.45 | $711.20 | $1,944.25 |
| | Matthew R. Lynde | $4,370.00 | $1,339.50 | $3,030.50 |
| | Brian W. Napper | $2,559.00 | $0 | $2,559.00 |

---

[1] The disallow column includes non-taxable costs for expedited charges, E-cds, video charges, full day per diem charges, and evening pages.

| **Statute** | **Items** | **Claimed** | **Disallow** | **Grant** |
|---|---|---|---|---|
| | Gregory L. Leonard | $2,151.55 | $30.00 | $2,121.55 |
| | Barry Katz | $4,202.60 | $1440.25 | $2,762.35 |
| | Jesa Kreiner | $2,907.50 | $134.50 | $2,773.00 |
| | Dennis K. Lieu | $1,125.80 | $524.50 | $601.30 |
| | Richard Vollmer/David Hume/ William Prouty | $2,239.00 | $0 | $2,239.00 |
| | | $77,041.65 | $11,076.22 | **$65,965.43** |
| | **D. Certification and translation of records** | | | |
| §1920(6) | Nelles Translations | $7,610.00 | $7,415.00 | $195.00 |
| §1920(4) | Landon IP, Inc. | $1,660.00 | $0 | $1,660.00 |
| | Landon IP, Inc. | $178.00 | $178.00 | $0 |
| | Landon IP, Inc. | $75.00 | $75.00 | $0 |
| | Landon IP, Inc. | $1,939.50 | $0 | $1,939.50 |
| | | $11,462.50 | $7,668.00 | **$3,794.50** |
| §1920(4) | **E. Reproduction of exhibits and visual aids to assist the Court** | | | |
| | Tom Goodin | $915.00 | $915.00 | $0 |
| | Fulcrum Legal Graphics, Eric Ang | $2,246.32 | $2,246.32 | $0 |
| | Fulcrum Legal Graphics, Eric Ang | $4,095.98 | $4,095.98 | $0 |
| | | $7,257.30 | $7,257.30 | **$0** |
| §1920(4) | **F. Reproduction of discovery documents** | | | |
| | Convert to PDF | $398.00 | $398.00 | $0 |
| | Data copy and extraction (Encase) | $600.00 | $600 | $0 |
| | Electronic Data Discovery with conversion to .TIFF format | $113,374.50 | $9,9462.70 | $13,911.80 |
| | Image Endorsement (Labeling) | $20.97 | $20.97 | $0 |
| | OCR (Optical Character Recognition) | $5,992.59 | $5,992.59 | $0 |
| | CD/DVD creation/duplication | $1,700.00 | $1,410 | $290 |
| | HDD creation | $6,400.00 | $6,400.00 | $0 |
| | HDD duplication | $300.00 | $300.00 | $0 |
| | Blowbacks (B&W) | $4,517.10 | $4,517.10 | $0 |
| | Blowbacks (color) | $1,897.00 | $1,897.00 | $0 |
| | Slipsheets | $24.12 | $24.12 | $0 |
| | Native file printing | $182.88 | $182.88 | $0 |
| | | $135,407.16 | $121,205.36 | **$14,201.80** |
| §1920(4) | **G. Collection and reproduction of Aliph documents to outside counsel in response to plaintiff's discovery requests** | | | |
| | | $100,948.17 | $100,948.17 | **$0** |
| | **TOTAL** | **$333,189.40** | **$248,473.15** | **$84,716.25** |

| **TOTAL TAXABLE COSTS** | | **$84,716.25** |
|---|---|---|