BRYAN WILSON (CA SBN 138842)
BWilson@mofo.com
KIMBERLY N. VAN VOORHIS (CA SBN 197486)
KVanVoorhis@mofo.com
CHRISTOPHER F. JEU (CA SBN 247865)
CJeu@mofo.com
ZAHRA HAYAT (CA SBN 262605)
ZHayat@mofo.com
BENJAMIN PETERSEN (CA SBN 267120)
BPetersen@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California  94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792

Attorneys for Defendant and Counterclaimant
SONICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARTERIS, S.A.S., | Case No.   3:12-CV-00434-WHA-(KAW) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER ENTERING PROTECTIVE ORDER** |
| v. | |
| SONICS, INC., | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS | |

STIPULATION AND [PROP] ORDER ENTERING PROTECTIVE ORDER.
CASE NO. 3:12-CV-00434-WHA-(KAW)
pa-1532972

1

Plaintiff Arteris, S.A.S. and Defendant and Counterclaimant Sonics, Inc. (collectively, the "Parties") hereby stipulate and respectfully request that the Proposed Stipulated Protective Order, attached herewith as Attachment 1, be entered as the Protective Order in this case.

Dated: June 18, 2012　　　　　　　　　　MORRISON & FOERSTER LLP

By: /s/ Kimberly Van Voorhis
　　　KIMBERLY VAN VOORHIS

Attorneys for Defendant and Counterclaimant
SONICS, INC.

Dated: June 18, 2012　　　　　　　　　　DLA PIPER LLP (US)

By: /s/ Mark Fowler
　　　MARK FOWLER

Attorneys for Plaintiff
ARTERIS, S.A.S.

## DECLARATION OF CONSENT

I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from the other signatories.

Dated: June 18, 2012　　　　　　　　　　/s/ Kimberly Van Voorhis
　　　　　　　　　　　　　　　　　　　Kimberly Van Voorhis

STIPULATION AND [PROP] ORDER ENTERING PROTECTIVE ORDER.
CASE NO. 3:12-CV-00434-WHA-(KAW)
pa-1532972

1

**[~~PROPOSED~~] ORDER**

The Parties' request is hereby GRANTED and the Parties' Proposed Stipulated Protective Order is hereby ENTERED as the Protective Order in this case.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 20, 2012

*Kandis Westmore*
Kandis A. Westmore
United States Magistrate Judge