CONFLUENCE LAW PARTNERS
David C. Bohrer (Bar No. 212397)
dbohrer@confluencelaw.com
Jessie J. Ho (SBN 260790)
jho@confluencelaw.com
60 South Market Street, Suite 1400
San Jose, California 95113-2396
Telephone: (408) 938-3882
Facsimile:  (408) 971-4332

CONNOLLY BOVE LODGE & HUTZ LLP
Bruce G. Chapman (Bar No. 164258)
bchapman@cblh.com
Elizabeth Yang (SBN 249714)
eyang@cblh.com
333 S. Grand Avenue, Suite 2300
Los Angeles, California 90071
Telephone: (213) 787-2500
Facsimile:  (213) 687-0498

Attorneys for Plaintiff Plantronics, Inc.

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Robert P. Feldman (Bar No. 69602)
bobfeldman@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile:  (650) 801-5100

Attorneys for Defendants Aliph, Inc. and Aliphcom, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PLANTRONICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALIPH, INC. and ALIPHCOM, INC., <br><br> Defendants. | Case No. C 09-01714 BZ <br><br> **STIPULATION AND [PROPOSED] ORDER STAYING ENFORCEMENT OF JUDGMENT WITHOUT SECURITY [FED. R. CIV. P. 62(d)]** |

Pursuant to Rule 62(d) of the Federal Rules of Civil Procedure, plaintiff Plantronics, Inc. ("Plantronics") and defendants Aliph, Inc. and Aliphcom, Inc. ("Aliph"), by and through their counsel, hereby submit the following stipulation and proposed order.

WHEREAS, On March 23, 2012, this Court entered final judgment in favor of ("Aliph") and against Plantronics.  (D.N. 221.);

WHEREAS, Plantronics filed a notice of appeal with the United States Court of Appeals for the Federal Circuit on April 19, 2012. (D.N. 228.);

WHEREAS, As part of its final judgment, the Court ordered that Aliph recover its costs. Aliph submitted a Bill of Costs (D.N. 227) on which the clerk taxed $36,577.25 (D.N. 233).  On May 8, 2012, Aliph moved for review of the costs taxed by the clerk, which is scheduled for hearing on June 20, 2012.  (D.N. 235.)  Plantronics opposed Aliph's motion for review, requesting that the Court deny review of the clerk's award or alternatively deny review except as proposed by Plantronics.  (D.N. 238 at vi.)  Under the circumstances, the Court will be awarding costs in some amount upon the Court's resolution of Aliph's motion for review.  Plantronics seeks a stay of execution of the costs award pending appeal;

WHEREAS, Rule 62(d) of the Federal Rules of Civil Procedure authorizes the Court to stay enforcement of a judgment awarding costs pending appeal;

WHEREAS, the Court has discretion to stay enforcement of a judgment without security when the Court finds the appellee's interests are adequately protected.  *Am. Color Graphics v. Travelers Prop. Cas. Ins. Co.,*  2007 WL 152 0952 at *1 (N.D. Cal. May 23, 2007).

WHEREAS, the parties agree that Plantronics has sufficient resources to pay the costs award plus any postjudgment interest and appeal costs if the appeal is unsuccessful, and the parties mutually seek to avoid the expense of obtaining any type of security.

WHEREAS, Aliph agrees to waive the requirement that Plantronics obtain any type of security in order to stay enforcement of the costs award or other money judgment pending appeal.

ACCORDINGLY, the parties agree and request that the Court enter an order pursuant to Rule 62(d) staying the judgment and enforcement of any subsequent order awarding costs pending appeal and finding that no bond or other security is required.

IT IS SO STIPULATED.

Dated:  June 1, 2012                                         CONFLUENCE LAW PARTNERS


By: /s/ *David C. Bohrer*
    David C. Bohrer
    Attorneys for Plaintiffs
    PLANTRONICS, INC

Dated:  June 1, 2012                                         QUINN EMANUEL URQUHART & SULLIVAN, LLP


By: /s/ *Robert P. Feldman*
    Robert P. Feldman
    Attorneys for Defendants
    ALIPH, INC. AND ALIPHCOM, INC.


**PURSUANT TO STIPULATION, AND FOR GOOD CAUSE SHOWN,  IT IS SO ORDERED.**

DATED: June 20, 2012

*[signature: Kandis Westmore]*

Hon. ~~Bernard Zimmerman~~ Kandis A. Westmore
United States Magistrate Judge

-2-

Case No. C 09-01714 BZ
STIP. AND [~~PROPOSED~~] ORDER RE: STAYING ENFORCEMENT OF JUDGMENT WITHOUT SECURITY.

-3-

1   I, David C. Bohrer, am the ECF User whose identification and password are being used to
2  file this document. Pursuant to General Order 45.X.B, I hereby attest that David Bohrer, counsel
3  for Plaintiff and Robert Feldman, counsel for Defendant, have concurred in this filing.
4
5   Dated: June 1, 2012

                                               /s/ *David C. Bohrer*
6
                                                  David C. Bohrer
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28                                            -3-

Case No. C 09-01714 BZ
STIP. AND [~~PROPOSED~~] ORDER RE: STAYING ENFORCEMENT OF JUDGMENT WITHOUT SECURITY.