IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PLANTRONICS, INC.,

    Plaintiff,

v.

ALIPH, INC., and ALIPHCOM, INC.,

    Defendants.

                                        /

No. C 09-01714 WHA

**ORDER RE LETTER**

        The Court has received the parties' letters regarding referral of the costs motion to a magistrate judge. The motion will be referred only if both parties agree that the magistrate judge's ruling will be final in this district court, subject to review only on appeal to the court of appeals. The parties shall file their response to this condition by **NOON ON MONDAY, JULY 30**.

        **IT IS SO ORDERED.**

Dated: July 25, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE