UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

PLANTRONICS, INC.,

        Plaintiff,

  v.

ALIPH, INC. et al,

        Defendants.

No. C 09-01714 WHA (LB)

ORDER REGARDING TAXING OF COSTS

The court asked Aliph for information by later today about whether the information processed (102 gigabytes) resulted in a universe that was smaller than 102 gigabytes but larger than the 23.6 gigabytes (and 347,795 pages) produced. Order, ECF No. 261. Aliph filed a letter asking for more time (two days, maybe more) because the database has been archived to save hosting costs. Letter, ECF No. 262.

Under the circumstances, the court withdraws the order. It was a question that the court meant to ask at the hearing and did not, and it was just a point of reference. The court did not intend any additional effort or incursion of costs.

**IT IS SO ORDERED.**

Dated: October 22, 2012

                                            LAUREL BEELER
                                            United States Magistrate Judge