UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| PLANTRONICS, INC., | No. C 09-01714 WHA (LB) |
| Plaintiff, | ORDER REGARDING TAXING OF COSTS |
| v. | |
| ALIPH, INC. et al, | |
| Defendants. | |

The court asked Aliph for information by later today about whether the information processed (102 gigabytes) resulted in a universe that was smaller than 102 gigabytes but larger than the 23.6 gigabytes (and 347,795 pages) produced. Order, ECF No. 261. Aliph filed a letter asking for more time (two days, maybe more) because the database has been archived to save hosting costs. Letter, ECF No. 262.

Under the circumstances, the court withdraws the order. It was a question that the court meant to ask at the hearing and did not, and it was just a point of reference. The court did not intend any additional effort or incursion of costs.

**IT IS SO ORDERED.**

Dated: October 22, 2012

_____
LAUREL BEELER
United States Magistrate Judge

ORDER (C 09-01714 WHA (LB))