# United States Court of Appeals
# for the Federal Circuit

―――――――――――

**PLANTRONICS, INC.,**
*Plaintiff-Appellant,*

**v.**

**ALIPH, INC. AND ALIPHCOM, INC.,**
*Defendants-Appellees.*

―――――――――――

2012-1355

―――――――――――

Appeal from the United States District Court for the Northern District of California in No. 09-CV-1714, Judge Bernard Zimmerman.

―――――――――――

**JUDGMENT**

―――――――――――

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**REVERSED IN PART, VACATED IN PART, AND REMANDED**

ENTERED BY ORDER OF THE COURT

July 31, 2013                  /s/ Daniel E. O'Toole
Date                                Daniel E. O'Toole
                                         Clerk