David C. Bohrer (SBN 212397)
  david.bohrer@valoremlaw.com
VALOREM LAW GROUP, LLP
60 South Market Street, Suite 1400
San Jose, CA 95113-2396
Telephone:   (408) 938-3882
Facsimile:    (408) 971-4332

Attorneys for Plaintiff
PLANTRONICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PLANTRONICS, INC.,<br><br>     Plaintiff,<br><br>     vs.<br><br>ALIPH, INC. and ALIPHCOM, INC.,<br><br>     Defendants. | Case No. C 09-01714 (WHA)<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR ORDER SCHEDULING CASE MANAGEMENT CONFERENCE PURSUANT TO CIVIL L.R. 7-11** |

# [~~PROPOSED~~] ORDER

The Court, having considered the moving and opposition papers, including supporting declarations and evidence submitted therewith, applicable law, argument by counsel, and all other matters presented to this Court on Plantronics, Inc.'s Motion for Order Scheduling Case Management Conference Pursuant to Civil L.R. 7-11, and good cause having been shown, HEREBY ORDERS:

1. A case management conference is scheduled on [October 31, 2013 at 11:00 a.m., ~~or other date convenient for the court _____~~]; and

2. The parties shall file a joint case management statement on [October 24, 2013, ~~or seven days in advance of the CMC if it is scheduled for a date other than October 31, 2013, or _____~~].

IT IS SO ORDERED.

Dated: __October 15__, 2013

_____
Hon. William Alsup
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on October 9, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on file with the Clerk of Court.

Dated: October 9, 2013

/s/ *David C. Bohrer*
David C. Bohrer