1 | David C. Bohrer (SBN 212397)
   david.bohrer@valoremlaw.com
2 | VALOREM LAW GROUP, LLP
   60 South Market Street, Suite 1400
3 | San Jose, CA 95113-2396
   Telephone: (408) 938-3882
4 | Facsimile: (408) 971-4332

5 | Attorneys for Plaintiff
   PLANTRONICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

PLANTRONICS, INC.,

    Plaintiff,

    vs.

ALIPH, INC. and ALIPHCOM, INC.,

    Defendants.

Case No. C 09-01714 (WHA)

**[PROPOSED] ORDER GRANTING MOTION FOR ORDER SCHEDULING CASE MANAGEMENT CONFERENCE PURSUANT TO CIVIL L.R. 7-11**

1  **[~~PROPOSED~~] ORDER**

2  The Court, having considered the moving and opposition papers, including supporting
3  declarations and evidence submitted therewith, applicable law, argument by counsel, and all other
4  matters presented to this Court on Plantronics, Inc.'s Motion for Order Scheduling Case
5  Management Conference Pursuant to Civil L.R. 7-11, and good cause having been shown,
6  HEREBY ORDERS:

7  1. A case management conference is scheduled on [October 31, 2013 at 11:00 a.m., ~~or~~
8  ~~other date convenient for the court _____~~]; and

9  2. The parties shall file a joint case management statement on [October 24, 2013, ~~or~~
10  ~~seven days in advance of the CMC if it is scheduled for a date other than October 31, 2013,~~ or
11  _____].

12

13  IT IS SO ORDERED.

14

15  Dated: __October 15__, 2013          _/s/ William Alsup_
16                                        Hon. William Alsup
                                          United States District Judge

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that on October 9, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on file with the Clerk of Court.

Dated: October 9, 2013

/s/ *David C. Bohrer*
David C. Bohrer