United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PLANTRONICS, INC.,

    Plaintiff,

v.

ALIPH, INC., et al.,

    Defendants.

No. C 09-01714 WHA

**ORDER SETTING CASE MANAGEMENT CONFERENCE**

For the reasons stated at today's hearing, a subsequent case management conference will be held on **DECEMBER 5 AT 11:00 A.M.** The parties shall file a joint status report not to exceed five pages by **DECEMBER 2 AT 5:00 P.M.**

**IT IS SO ORDERED.**

Dated: October 31, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE