IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PLANTRONICS, INC.,

    Plaintiff,

v.

ALIPH, INC., et al.,

    Defendants.

No. C 09-01714 WHA

**ORDER SETTING CASE MANAGEMENT CONFERENCE**

For the reasons stated at today's hearing, a subsequent case management conference will be held on **DECEMBER 5 AT 11:00 A.M.** The parties shall file a joint status report not to exceed five pages by **DECEMBER 2 AT 5:00 P.M.**

**IT IS SO ORDERED.**

Dated: October 31, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE