1  David C. Bohrer (Bar No. 212397)
       David.bohrer@valoremlaw.com
2  VALOREM LAW GROUP, LLP
   60 South Market Street, Suite 1400
3  San Jose, California 95113-2396
   Telephone: (408) 938-3882
4  Facsimile:  (408) 915-2672

5  Pat Heptig (Bar No. 00793940)
       Pat.heptig@valoremlaw.com
6  (*pro hac vice pending*)
   Of Counsel
7  VALOREM LAW GROUP, LLP
   15050 E. Beltwood Pkwy.
8  Addison, Texas 75001
   Telephone: (214) 451-2154
9  Facsimile: (312) 676-5499

10 Patrick Lamb (Bar No. 6182882)
       Patrick.lamb@valoremlaw.com
11 (*pro hac vice pending*)
   VALOREM LAW GROUP, LLP
12 35 East Wacker Drive, Suite 3000
   Chicago, Illinois 60601
13 Telephone: (312) 676-5477
   Facsimile: (312) 676-5499
14
   Attorneys for Plaintiff
15 PLANTRONICS, INC.

16                     UNITED STATES DISTRICT COURT

17                    NORTHERN DISTRICT OF CALIFORNIA

18                         SAN FRANCISCO DIVISION

19 | PLANTRONICS, INC.,              | ) Case No. C 09-01714 (WHA)
   |                                 | )
20 |       Plaintiff,                | ) [PROPOSED] ORDER GRANTING
   |                                 | ) PLANTRONICS' SUPPLEMENTAL
21 |   vs.                           | ) ADMINISTRATIVE MOTION FOR
   |                                 | ) LEAVE TO FILE UNDER SEAL
22 | ALIPH, INC. and ALIPHCOM, INC., | ) DOCUMENT IN SUPPORT OF MOTION
   |                                 | ) IN LIMINE TO EXCLUDE THE
23 |       Defendants.               | ) PORTIONS OF REPORT AND
   |                                 | ) TESTIMONY OF DEFENDANTS'
24                                     DAMAGES EXPERT
                                       RE: FREEBIT EARBUD TECHNOLOGY
25

26

27

28

---

[Proposed] Order: Supp'l Administrative Motion For Leave to File Under Seal
(Case No. 3:09-01714 WHA)

**[PROPOSED] ORDER**

Now before the Court is plaintiff Plantronics, Inc.'s ("Plantronics") Supplemental Administrative Motion for Leave to File Documents Under Seal. Upon consideration of the motion and the supporting declaration of David C. Bohrer filed therewith, the Court finds there to be good cause for granting Plantronics' request to file documents under seal.

GOOD CAUSE having been shown, the Court finds that:

1. Plantronics possesses an overriding confidentiality interest that overcomes the right of public access to the record in the following documents or portions thereof:

| Document | Portion to be Sealed |
|---|---|
| Exhibit E to Decl. of David C. Bohrer (D.N. 284) ISO Motion in Limine to Exclude Portions of Report and Testimony of Defendants' Damages Expert Re: Freebit Earbud Technology | Redacted portions |

2. Plantronics' confidentiality interests support sealing the records;
3. A substantial probability exists that the Plantronics' overriding confidentiality interests will be prejudiced if the record is not sealed as requested;
4. The proposed sealing is narrowly tailored and no less-restrictive means exist to achieve this overriding interest.

IT IS SO ORDERED.

Dated: __December 11_, 2013



Hon.
Uni         Judge William Alsup

- 1 -