David C. Bohrer (Bar No. 212397)
David.bohrer@valoremlaw.com
VALOREM LAW GROUP, LLP
60 South Market Street, Suite 1400
San Jose, California 95113-2396
Telephone: (408) 938-3882
Facsimile: (408) 915-2672

Pat Heptig (Bar No. 00793940)
Pat.heptig@valoremlaw.com
*(pro hac vice pending)*
Of Counsel
VALOREM LAW GROUP, LLP
15050 E. Beltwood Pkwy.
Addison, Texas 75001
Telephone: (214) 451-2154
Facsimile: (312) 676-5499

Patrick Lamb (Bar No. 6182882)
Patrick.lamb@valoremlaw.com
(*pro hac vice pending*)
VALOREM LAW GROUP, LLP
35 East Wacker Drive, Suite 3000
Chicago, Illinois 60601
Telephone: (312) 676-5477
Facsimile: (312) 676-5499

Attorneys for Plaintiff
PLANTRONICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PLANTRONICS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>ALIPH, INC. and ALIPHCOM, INC.,<br><br>Defendants. | Case No. C 09-01714 (WHA)<br><br>**~~[PROPOSED]~~ ORDER GRANTING PLANTRONICS' SUPPLEMENTAL ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL DOCUMENT IN SUPPORT OF MOTION IN LIMINE TO EXCLUDE THE PORTIONS OF REPORT AND TESTIMONY OF DEFENDANTS' DAMAGES EXPERT RE: FREEBIT EARBUD TECHNOLOGY** |

## ~~[PROPOSED]~~ ORDER

Now before the Court is plaintiff Plantronics, Inc.'s ("Plantronics") Supplemental Administrative Motion for Leave to File Documents Under Seal. Upon consideration of the motion and the supporting declaration of David C. Bohrer filed therewith, the Court finds there to be good cause for granting Plantronics' request to file documents under seal.

GOOD CAUSE having been shown, the Court finds that:

1. Plantronics possesses an overriding confidentiality interest that overcomes the right of public access to the record in the following documents or portions thereof:

| Document | Portion to be Sealed |
|---|---|
| Exhibit E to Decl. of David C. Bohrer (D.N. 284) ISO Motion in Limine to Exclude Portions of Report and Testimony of Defendants' Damages Expert Re: Freebit Earbud Technology | Redacted portions |

2. Plantronics' confidentiality interests support sealing the records;
3. A substantial probability exists that the Plantronics' overriding confidentiality interests will be prejudiced if the record is not sealed as requested;
4. The proposed sealing is narrowly tailored and no less-restrictive means exist to achieve this overriding interest.

IT IS SO ORDERED.

Dated: December 11, 2013

