1  David C. Bohrer (Bar No. 212397)
       David.bohrer@valoremlaw.com
2  VALOREM LAW GROUP, LLP
   60 South Market Street, Suite 1400
3  San Jose, California 95113-2396
   Telephone:  (408) 938-3882
4  Facsimile:   (408) 915-2672

5  Pat Heptig (Bar No. 00793940) , Of Counsel
       Pat.heptig@valoremlaw.com
6  (admitted *pro hac vice pending*)
   VALOREM LAW GROUP, LLP
7  15050 E. Beltwood Pkwy.
   Addison, Texas 75001
8  Telephone: (214) 451-2154
   Facsimile: (312) 676-5499

10 Patrick Lamb (Bar No. 6182882)
       Patrick.lamb@valoremlaw.com
   (admitted *pro hac vice pending*)
11 VALOREM LAW GROUP, LLP
   35 East Wacker Drive, Suite 3000
12 Chicago, Illinois 60601
   Telephone:  (312) 676-5477
13 Facsimile:  (312) 676-5499

14 Attorneys for Plaintiff
   PLANTRONICS, INC.

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Robert P. Feldman (Bar No. 69602)
    bobfeldman@quinnemanuel.com
Dane W. Reinstedt (Bar No. 275447)
    danereinstedt@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100

Attorneys for Defendants ALIPH, INC.
AND ALIPHCOM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PLANTRONICS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ALIPH, INC. and ALIPHCOM, INC.,<br><br>Defendants. | Case No. C 09-01714 WHA<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER GRANTING RELIEF FROM COSTS JUDGMENT PURSUANT TO RULE 60(b)(5)** |

1    Pursuant to Federal Rule of Civil Procedure 60(b)(5) and Civil Local Rule 7-12, plaintiff
2 Plantronics, Inc. ("Plantronics") and defendants Aliph, Inc. and Aliphcom, Inc. ("Aliph"), by and
3 through their counsel, hereby submit the following stipulation and proposed order.
4    WHEREAS, the District Court granted summary judgment in Aliph's favor and ordered
5 that Aliph recover costs from Plantronics (D.N. 221);
6    WHEREAS, an order taxing costs in the amount of $93,929.16 was entered on October 23,
7 2012 (D.N. 264);
8    WHEREAS, the Federal Circuit reversed in part and vacated in part the District Court's
9 judgment and remanded the case to the District Court for further proceedings (D.N. 266);
10    ACCORDINGLY, the parties agree and request, pursuant to Federal Rule of Civil
11 Procedure 60(b)(5), that the Court enter an order relieving Plantronics of the judgment for costs in
12 the amount of $93,929.16 (D.N. 221 and 264) and otherwise vacating the orders (D.N. 221 and
13 264) in all respects.

14    //
15    //
16    //
17    //
18    //
19    //
20    //
21    //
22    //
23    //
24    //
25    //
26    //
27    //
28

1        IT IS SO STIPULATED.

2   Dated:  December 16, 2013                VALOREM LAW GROUP, LLP

4                                            By: */s/ David C. Bohrer*
                                                 David C. Bohrer
5                                                Attorneys for Plaintiffs
                                                 PLANTRONICS, INC

7   Dated:  December 16, 2013                QUINN EMANUEL URQUHART & SULLIVAN, LLP

10                                           By: */s/ Robert P. Feldman*
                                                 Robert P. Feldman
                                                 Attorneys for Defendants
11                                               ALIPH, INC. AND ALIPHCOM, INC.

13  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

15  DATED:  December 17, 2013

IT IS SO ORDERED

Judge William Alsup

-2-
Case No. C 09-01714 (WHA)
STIP. AND [~~PROPOSED~~] ORDER: TO SCHEDULE CASE MANAGEMENT CONFERENCE