IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PLANTRONICS, INC.,

    Plaintiff,

v.

ALIPH, INC., et al.,

    Defendants.

No. C 09-01714 WHA

**ORDER RE MOTION FOR LEAVE TO FILE RESPONSIVE SEALING DECLARATION AND EXTENDING DEADLINE TO FILE RESPONSIVE DECLARATION**

    A December 19 order denied defendants' administrative motion to file under seal three exhibits. No declaration could have changed this decision. The order stated "Defendants may file an administrative motion for leave to file under seal narrowly tailored redactions in accordance with governing case law (and with an appropriate declaration) for Exhibits A, B, and C by December 24 at noon." The order also noted that both sides have now had an opportunity to revise sealing motions — parties are not entitled to this. A December 5 order provided Plantronics a second chance. The December 19 order provided defendants a second chance.

    Plantronics now moves for leave to file a responsive declaration to the motion defendants are permitted to file by December 24. This request is unnecessary. Local Rule 79-5(e) provides the procedure for opposing parties and non-parties to file declarations. Holidays are not a good excuse to extend Plantronics' deadline. If Plantronics intends to file a declaration, perhaps the parties could meet and confer regarding a joint motion to seal.

    **IT IS SO ORDERED.**

Dated: December 23, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE