IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLANTRONICS, INC., | No. C 09-01714 WHA |
| Plaintiff, | |
| v. | **ORDER GRANTING IN PART AND DENYING IN PART MOTION TO SEAL (DKT. NO. 325)** |
| ALIPH, INC., et al, | |
| Defendants. | |

On January 10, defendants filed an administrative motion to file under seal documents in support of their motion to strike the expert reports of Matthew Lynde and Brian Napper (Dkt. No. 325). On January 14, plaintiff filed a supporting declaration and also proposed additional redactions to Exhibit C (Dkt. No. 329).

1. "Plaintiff does not seek or support sealing Exhibit B (excerpted deposition testimony of Dr. Lynde [Seal Doc # 3]), Exhibit V (excerpted deposition testimony of Jeff Ducote [Seal Doc # 9]) and Exhibit W (excerpted deposition testimony of Elizabeth Bastiaanse Hamren [Seal Doc # 10])." Accordingly, the requests to seal Exhibits B, V, and W are **DENIED**.

2. The requests to seal Exhibits O and P and portions of Exhibit L and defendant's motion to strike the damages expert reports of Dr. Lynde and Mr. Napper are **GRANTED**.

3. The request to seal portions of Exhibit A, Dr. Lynde's expert report, is **GRANTED IN PART AND DENIED IN PART**. The proposed redactions are hereby sealed, except for the proposed redactions on page 3 and page 18 of Dr. Lynde's expert report which are not to be

1  sealed. Defendant shall file a public copy of Exhibit A with redactions in accordance with this
2  order by **NOON ON JANUARY 21**.

3      4.    The request to seal portions of Exhibit C, Mr. Napper's expert report, is
4  **GRANTED IN PART AND DENIED IN PART**. Defendant's proposed redactions marked in red are
5  hereby sealed, except for the proposed redactions on pages 4, 12, 13, 25–27, 39, and 40 and
6  attachment 1 and 1A of Mr. Napper's report which are not to be sealed. Plaintiff's proposed
7  additional redactions marked in yellow are hereby sealed. The parties shall file a public copy of
8  Exhibit C with redactions in accordance with this order by **NOON ON JANUARY 24**.

10  **IT IS SO ORDERED.**

12  Dated: January 15, 2014.
13                                                         WILLIAM ALSUP
                                                       UNITED STATES DISTRICT JUDGE