IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PLANTRONICS, INC.,

        Plaintiff,

  v.

ALIPH, INC., et al.,

        Defendants.
                                     /

No. C 09-01714 WHA

**ORDER GRANTING IN PART AND DENYING IN PART MOTION TO SEAL (DKT. NO. 337)**

On January 25, Plantronics, Inc. filed an administrative motion for leave to file under seal 38 exhibits in their entirety and proposed redactions to its opposition to Aliph's motion to strike damages expert reports of Dr. Lynde and Mr. Napper (Dkt. No. 337). On January 31, defendants filed a supporting declaration stating "Aliph does not seek sealing of Exhibits A-E, G-U, W-Z, EE-RR." Accordingly, the request to seal Exhibits A, B, E, H, I, J, K, L, M, N, O, P, Q, R, S, T, U, W, X, Y, Z, EE, FF, GG, HH, II, JJ, MM, NN, PP, WW, and RR is **DENIED**. The request to seal Exhibits F, V, AA, BB, CC, and DD is **GRANTED**. The request to seal the proposed redactions in Plantronics' opposition is **GRANTED IN PART AND DENIED IN PART**. Aliph's proposed redactions on pages 5 and 6 are granted (Dkt. No. 346-1). Plantronics' proposed redactions in yellow on pages 20–23 are granted. The remainder of the proposed redactions shall not be sealed. Plantronics shall re-file its opposition and exhibits in accordance with this order by **NOON ON FEBRUARY 7**.

      **IT IS SO ORDERED.**

Dated: February 3, 2014.

                                             WILLIAM ALSUP
                                             UNITED STATES DISTRICT JUDGE