IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PLANTRONICS, INC.,

    Plaintiff,

  v.

ALIPH, INC., et al.,

    Defendants.

No. C 09-01714 WHA

**ORDER GRANTING IN PART AND DENYING IN PART MOTION TO SEAL (DKT. NO. 348)**

On January 31, defendants filed an administrative motion for leave to file under seal proposed redactions to its reply in support of their motion to strike the damages expert reports of Dr. Matthew Lynde and Mr. Brian Napper. On February 4, plaintiff filed a declaration supporting the sealing of the "first two bullet points on page 15." Plaintiff did not seek to seal any of the other proposed redactions. The request to seal the proposed redactions shown in Dkt. No. 350-1 is **GRANTED**. The remainder of the proposed redactions shall not be sealed (Dkt. No. 348-3). Aliph shall re-file its reply by **NOON ON FEBRUARY 10**.

**IT IS SO ORDERED.**

Dated: February 5, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE