IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLANTRONICS, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ALIPH, INC., et al,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　／ | No. C 09-01714 WHA<br><br>**REQUEST REGARDING<br>PHYSICAL EXEMPLARS** |

　　　The undersigned judge would appreciate it if counsel could please bring physical exemplars of both sides' products (defendants' accused products and plaintiff's products) as well as any other products which will be used during the trial for purposes of invalidity to today's pre-trial conference. It would also be useful to bring a mock-up of the human ear to demonstrate how the products work.

Dated: February 19, 2014.

　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE