IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLANTRONICS, INC., | No. C 09-01714 WHA |
| Plaintiff, | |
| v. | **NOTICE REGARDING TRIAL** |
| ALIPH, INC., et al., | |
| Defendants. | |

    The Court understands that this case is to go to trial on **THURSDAY**, **MARCH 6**, and fully expects it to do so. If the parties are contemplating settlement, please be aware that they must notify the Court, by **NOON ON WEDNESDAY**, if anyone wishes to dismiss the case on account of settlement. This is so that we can alert the jury venire and avoid them having to come in on Thursday morning for jury selection. If the case is settled thereafter or on the courthouse steps on Thursday morning, the party that requested the jury will be charged for all jury fees incurred. Please do not call and say you have a settlement in principle. Only a fully executed settlement and dismissal of the matter will be sufficient.

    **IT IS SO ORDERED.**

Dated: February 28, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE