David C. Bohrer (Bar No. 212397)
david.bohrer@valoremlaw.com
VALOREM LAW GROUP, LLP
60 South Market Street, Suite 1400
San Jose, California 95113-2396
Telephone: (408) 938-3882
Facsimile: (408) 915-2672

Pat Heptig (TX Bar No. 00793940)
pat.heptig@valoremlaw.com
(admitted *pro hac vice*)
Of Counsel
VALOREM LAW GROUP, LLP
15050 E. Beltwood Pkwy.
Addison, Texas 75001
Telephone: (214) 451-2154
Facsimile: (312) 676-5499

Patrick Lamb (Bar No. 6182882)
patrick.lamb@valoremlaw.com
(admitted *pro hac vice*)
VALOREM LAW GROUP, LLP
35 East Wacker Drive, Suite 3000
Chicago, Illinois 60601
Telephone: (312) 676-5477
Facsimile: (312) 676-5499

Attorneys for Plaintiff
PLANTRONICS, INC.

Robert P. Feldman (Bar No. 69602)
bobfeldman@quinnemanuel.com
Brian C. Cannon (Bar No. 193071)
briancannon@quinnemanuel.com
Kimball D. Parker (Bar No. 294380)
kimballparker@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:  (650) 801-5000
Facsimile:  (650) 801-5100

John M. Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Meredith M. Shaw (Bar No. 284089)
meredithshaw@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:  (415) 875-6600
Facsimile:  (415) 875-6700

Attorneys for Defendants
ALIPH, INC. and ALIPHCOM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PLANTRONICS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ALIPH, INC. and ALIPHCOM, INC.,<br><br>Defendants. | Case No. C 09-01714 WHA<br><br>**JOINT STIPULATED DISMISSAL WITH PREJUDICE**<br><br>Judge:  William H. Alsup |

Pursuant to Federal Rule 41(a)(1)(A), Plaintiff Plantronics, Inc. and Defendants Aliph, Inc. and Aliphcom, Inc. hereby stipulate and agree that this case is dismissed with prejudice and that each party shall bear its own costs and fees.

Dated: March 5, 2014

PLANTRONICS, INC.

/s/    David C. Bohrer
David C. Bohrer

Counsel for Plaintiff Plantronics, Inc.

David C. Bohrer (Bar No. 212397)
david.bohrer@valoremlaw.com
VALOREM LAW GROUP, LLP
60 South Market Street, Suite 1400
San Jose, California 95113-2396
Telephone: (408) 938-3882
Facsimile: (408) 915-2672

Pat Heptig (TX Bar No. 00793940)
pat.heptig@valoremlaw.com
(admitted *pro hac vice*)
Of Counsel
VALOREM LAW GROUP, LLP
15050 E. Beltwood Pkwy.
Addison, Texas 75001
Telephone: (214) 451-2154
Facsimile: (312) 676-5499

Patrick Lamb (Bar No. 6182882)
patrick.lamb@valoremlaw.com
(admitted *pro hac vice*)
VALOREM LAW GROUP, LLP
35 East Wacker Drive, Suite 3000
Chicago, Illinois 60601
Telephone: (312) 676-5477
Facsimile: (312) 676-5499

| | | |
|---|---|---|
| 1 | Dated: March 5, 2014 | ALIPH, INC. and ALIPHCOM, INC. |
| 2 | | /s/   Robert P. Feldman |
| | | Robert P. Feldman |
| 3 | | |
| 4 | | Counsel for Defendants Aliph, Inc. and Aliphcom, Inc. |
| 5 | | Robert P. Feldman (Bar No. 69602) |
| | | bobfeldman@quinnemanuel.com |
| 6 | | Brian C. Cannon (Bar No. 193071) |
| 7 | | briancannon@quinnemanuel.com |
| | | Kimball D. Parker (Bar No. 294380) |
| 8 | | kimballparker@quinnemanuel.com |
| | | QUINN EMANUEL URQUHART & |
| 9 | | SULLIVAN, LLP |
| | | 555 Twin Dolphin Drive, 5th Floor |
| 10 | | Redwood Shores, California  94065-2139 |
| 11 | | Telephone:     (650) 801-5000 |
| | | Facsimile:     (650) 801-5100 |
| 12 | | |
| 13 | | John M. Neukom (Bar No. 275887) |
| | | johnneukom@quinnemanuel.com |
| 14 | | Meredith M. Shaw (Bar No. 284089) |
| | | meredithshaw@quinnemanuel.com |
| 15 | | QUINN EMANUEL URQUHART & |
| | | SULLIVAN, LLP |
| 16 | | 50 California Street, 22nd Floor |
| 17 | | San Francisco, California 94111 |
| | | Telephone:     (415) 875-6600 |
| 18 | | Facsimile:     (415) 875-6700 |

### SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5.1(i)(3), I attest under penalty of perjury that concurrence in the filing of this documents has been obtained from its signatory.

/s/   David C. Bohrer
David C. Bohrer

-3-

1    PURSUANT TO STIPULATION, IT IS SO ORDERED that:

2    ALL CLAIMS BY PLAINTIFF PLANTRONICS, INC. AGAINST DEFENDANTS
3    ALIPH, INC. AND ALIPHCOM, INC. ARE DISMISSED **WITH PREJUDICE**.  ALL
4    COUNTERCLAIMS BY DEFENDANT ALIPH, INC. AND ALIPHCOM, INC. AGAINST
5    PLANTRONICS, INC. ARE DISMISSED **WITH PREJUDICE**.  EACH PARTY SHALL BEAR
6    ITS OWN FEES AND COSTS.

8    DATE:  March 5, 2014.

                                                           _____
9                                                          Hon. William H. Alsup