IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PLANTRONICS, INC., | | No. C 09-01714 WHA |
| Plaintiff, | | |
| v. | | **ORDER REGARDING DISMISSAL AND DENYING AS MOOT PENDING MOTIONS** |
| ALIPH, INC., et al., | | |
| Defendants. | / | |

On February 28, Aliph filed a "memorandum re: Bungardt and Miller testimony and exhibits" and an administrative motion to file under seal Exhibit E and portions of its brief (Dkt. Nos. 400, 404). On March 3, Aliph filed a "memorandum re: references to alleged copying" (Dkt. No. 406).

On March 3, the case settled. On March 5, the parties filed a joint stipulated dismissal with prejudice (Dkt. No. 408). Accordingly, Aliph's pending motions are **DENIED AS MOOT**. The Clerk shall **CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: March 5, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE